UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0118--CV (RRB)
"WILLIAM G. OSBORNE V DIST ATTY OFFICE ET AL"

Including terminated parties, excluding terminated counsel

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
Referral Rule: 4(6)
Filed: 06/03/03
Closed: NO

Jurisdiction: (3) Federal Question (US Govt not a Party)
PLF Diversity:
DEF Diversity:

Nature of Suit: (550) Prisoner - Civil Rights
42 U.S.C. 1983
Origin: (1) Original Proceeding
Demand:
Filing fee: Paid $150.00 on 06/03/03 receipt # 00120505
Trial by: Jury

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | OSBORNE, WILLIAM G. | Randall S. Cavanaugh<br>Kalamarides & Associates<br>711 H Street, Suite 450<br>Anchorage, AK 99501<br>907-276-2135<br><br>Robert C. Bundy<br>Dorsey & Whitney<br>1031 W. 4th Avenue, Suite 600<br>Anchorage, AK 99501<br>907-276-4557<br>FAX 907-276-4152<br><br>Peter J. Neufeld<br>55 5th Avenue, 11th Floor<br>New York, NY 10003<br>212-790-0397<br><br>David Menschel<br>55 5th Avenue, 11th Floor<br>New York, NY 10003<br>212-790-0397<br><br>Colin Starger<br>Cardozo School of Law<br>55 5th Avenue, 11th Floor<br>New York, NY 10003 |
| DEF 1.1 | DISTRICT ATTORNEYS OFFICE FOR THE THIRD JUDICIAL DISTRICT | Nancy R. Simel<br>Attorney General's Office<br>310 K Street, Suite 308<br>Anchorage, AK 99501<br>907-269-6250 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A03-0118--CV (RRB)
"WILLIAM G. OSBORNE V DIST ATTY OFFICE ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 2.1 | | PARKES, SUSAN A. | Nancy R. Simel<br>(see above) |
| DEF 3.1 | [T] | ANCHORAGE POLICE DEPT | No counsel found for this party! |
| DEF 4.1 | [T] | MONEGAN, WALT | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0118--CV (RRB)
"WILLIAM G. OSBORNE V DIST ATTY OFFICE ET AL"

For all filing dates

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
Referral Rule: 4(6)
Filed: 06/03/03
Closed: NO

Jurisdiction: (3) Federal Question (US Govt not a Party)
PLF Diversity:
DEF Diversity:

Nature of Suit: (550) Prisoner - Civil Rights
42 U.S.C. 1983
Origin: (1) Original Proceeding
Demand:
Filing fee: Paid $150.00 on 06/03/03 receipt # 00120505
Trial by: Jury

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/03/03 | ComplaInt filed w/att exhs; Summons issued. |
| 2 - 1 | 06/04/03 | PLF 1 Jury Demand. |
| 3 - 1 | 06/05/03 | RRB Minute Order that case referred to MJ Roberts per MJ Rule 4(6). cc: cnsl, MJ Roberts |
| 4 - 1 | 06/05/03 | PLF 1 Notice of filing original signature page of complaint w/att page. |
| 5 - 1 | 06/05/03 | PLF 1 motion of out-of-state attorney to participate in particular action. Peter J. Neufeld & David Menschel w/lcl cnsl R. Cavanaugh w/att affs. |
| 6 - 1 | 06/06/03 | PLF 1 Certificate of svc re: PLF 1 motion of out-of-state attorney to participate in particular action. Peter J. Neufeld & David Menschel w/lcl cnsl R. Cavanaugh (5-1). |
| 6 - 2 | 06/06/03 | PLF 1 Certificate of svc of original signature page of complaiant. |
| 7 - 1 | 06/09/03 | JDR Minute Order granting motion of out-of-state attorneys Peter J. Neufeld & David Menschel to participate as counsel for plf (5-1). cc: cnsl |
| 8 - 1 | 06/09/03 | PLF 1 Return of Service Executed re: DEF 4 on 6/4/03. |
| 9 - 1 | 06/09/03 | PLF 1 Return of Service Executed re: DEF 3 on 6/4/03. |
| 10 - 1 | 06/09/03 | PLF 1 Return of Service Executed re: DEF 2 on 6/5/03. |
| 11 - 1 | 06/16/03 | PLF 1 Return of Service Executed re: DEF 1 on 6/9/03. |
| 12 - 1 | 06/24/03 | DEF 3-4 Attorney Appearance of L. Johnson (MUNI). |
| 13 - 1 | 06/25/03 | DEF 1-2 Answer to Complaint. |
| 14 - 1 | 07/03/03 | DEF 1-2 Attorney Appearance of Nancy Simel (AAG SUite 308). |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0118--CV (RRB)
"WILLIAM G. OSBORNE V DIST ATTY OFFICE ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 07/08/03 | JDR Minute Order re pltf to require an answer or apply for defaulr re D3,4 due w/in 20 days. cc: cnsl |
| 16 - 1 | 07/10/03 | DEF 3-4 motion for ext of time (to 8/8) to file answer w/att aff. |
| 17 - 1 | 07/15/03 | JDR Order granting motion for ext of time (to 8/8) to file answer (16-1). cc: cnsl |
| 18 - 1 | 08/08/03 | DEF 3-4 Answer to Complaint. |
| 19 - 1 | 08/11/03 | JDR Minute Order re S&P conf set for 8/21/03 at 10:30 a.m. cc: cnsl |
| 20 - 1 | 08/22/03 | JDR Court Minutes [ECR: Robin Carter] re S&P Conf hld 8/21/03; any mot to dismiss by defs due 10/20/03. cc: cnsl |
| 21 - 1 | 09/04/03 | PLF 1 motion for Peter Neufield to appear telephonically (at all hearings) |
| 22 - 1 | 09/08/03 | JDR Minute Order granting motion for Peter Neufield to appear telephonically (at all hearings) providing that arrangements for each telephonic appearance be made by R. Cavanaugh w/the clerk & such participation shall not be at the expense of the United States (21-1). cc: cnsl |
| 23 - 1 | 10/21/03 | DEF 1-2 motion to stay discovery. |
| 24 - 1 | 10/21/03 | DEF 1-2 motion motion to extend time for filing motion for judgment on the pleadings w/att mot. |
| 25 - 1 | 10/22/03 | JDR Minute Order granting motion to extend time to 11/6/03 for filing motion for judgment on the pleadings or a mot to dsmss (24-1); pltf's oppo to motion to stay dscvy due 10/27/03. cc: cnsl |
| 31 - 1 | 10/26/03 | JDR Minute Order granting motion to ext time to 11/6 for flg mot for judgment on the pleadings (29-1). cc: cnsl |
| 26 - 1 | 10/27/03 | PLF 1 motion for 10 day ext to file reply to mot for stay of discovery w/att aff. |
| 27 - 1 | 10/27/03 | DEF 3-4 Notice of Attorney Substitution of Joseph O'Connell for Linda Johnson. |
| 28 - 1 | 10/27/03 | DEF 3-4 motion to stay discovery. |
| 29 - 1 | 10/27/03 | DEF 3-4 motion to ext time for flg mot for judgment on the pleadings. |
| 30 - 1 | 10/27/03 | DEF 3-4 Affidavit. |
| 26 - 2 | 10/29/03 | JDR Order granting motion for ext to 11/6 to file oppo to mot for stay of discovery (26-1). cc: cnsl |
| 32 - 1 | 11/05/03 | PLF 1 opposition to DEF 1-2 motion to stay discovery (23-1). |
| 33 - 1 | 11/06/03 | DEF 1-2 motion to ext time (11/13) to file motion for judgment on the pleadings w/att aff. |

ACRS: R_VDSDX As of 12/01/05 at 3:08 PM by GARRY Page 2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0118--CV (RRB)
"WILLIAM G. OSBORNE V DIST ATTY OFFICE ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 34 - 1 | 11/06/03 | DEF 3-4 motion to dismiss w/att memo. |
| 35 - 1 | 11/07/03 | JDR Minute Order granting motion to ext time to file motion for judgment on the pleadings (33-1); motion due 11/17/03. cc: cnsl |
| 36 - 1 | 11/17/03 | DEF 1-2 motion to ext time (to 11/25) to file reply to oppo to mot to stay discovery. |
| 37 - 1 | 11/17/03 | DEF 1-2 motion to dismiss w/att exh. |
| 38 - 1 | 11/19/03 | PLF 1 Unopposed motion for ext (to 12/3) to file reply to motions to dismiss w/att aff. |
| 39 - 1 | 11/21/03 | JDR Order granting unopposed motion for ext (to 12/3) to file reply to motions to dismiss (38-1). cc: cnsl |
| 40 - 1 | 11/24/03 | DEF 1-2 reply to opposition to DEF 1-2 motion to stay discovery. (23-1). |
| 41 - 1 | 12/02/03 | PLF 1 opposition to DEF 3-4 motion to dismiss (34-1), DEF 1-2 motion to dismiss (37-1) w/att notice |
| 42 - 1 | 12/09/03 | DEF 3-4 Unopposed motion to extend time for filing reply to mot for judgment on the pleadings w/att aff. |
| 43 - 1 | 12/09/03 | DEF 1-2 Unopposed motion to extend time to reply to motion to dismiss w/att aff. |
| 44 - 1 | 12/10/03 | JDR Order granting motion Unopposed motion to extend time for filing reply to mot for judgment (42-1). cc: cnsl |
| 45 - 1 | 12/10/03 | JDR Order granting motion Unopposed motion to extend time to reply to motion to dismiss (43-1). cc: cnsl |
| 46 - 1 | 12/10/03 | PLF 1 Attorney Appearance of R. Bundy (DORSEY) as co-cnsl. |
| 47 - 1 | 12/10/03 | PLF 1 motion of out-of-state attorney to participate in particular action w/lcl cnsl R. Cavanaugh w/att aff. |
| 48 - 1 | 12/10/03 | PLF 1 Notice of cnsl's signature to plf's response re: DEF 3-4 motion to dismiss (34-1). |
| 49 - 1 | 12/11/03 | JDR Order granting motion of out-of-state attorney C. Starger to participate in particular action (47-1). cc: cnsl |
| 50 - 1 | 12/11/03 | PLF 1 non-opposition to DEF 3-4 Unopposed motion to extend time for filing reply to mot for judgment on the pleadings (42-1). |
| 51 - 1 | 12/12/03 | JDR Minute Order re entry of appear as co-cnsl for pltf (46-1); R. Cavanaugh is deemed lead cnsl & responsiible for providing copies of service/docs to co-cnsl; denying Mr. Bundy's request that copies of all pleadings & other docs be serviced upon his firm. cc: cnsl |
| 52 - 1 | 12/15/03 | JDR Minute Order granting motion to stay discovery (23-1), motion to stay discovery (28-1), granting nunc pro tunc to 11/25 motion to ext time (to 11/25) to file reply to oppo to mot to stay discovery (36-1). cc: cnsl |

ACRS: R_VDSDX As of 12/01/05 at 3:08 PM by GARRY Page 3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0118--CV (RRB)
"WILLIAM G. OSBORNE V DIST ATTY OFFICE ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 53 - 1 | 12/18/03 | DEF 3-4 reply to opposition to DEF 3-4 motion to dismiss (34-1). |
| 54 - 1 | 12/19/03 | DEF 1-2 reply to opposition to DEF 1-2 motion to dismiss (37-1). |
| 55 - 1 | 01/07/04 | Initial R&R re: DEF 3-4 motion to dismiss (34-1). Recommended be granted; Objections due 01/21/04. Reply due 01/30/04. cc: cnsl, Judge Beistline |
| 55 - 2 | 01/07/04 | Initial R&R re: DEF 1-2 motion to dismiss (37-1). Recommended granted; Objections due 01/21/04. Reply due 01/30/04. cc: cnsl, Judge Beistline |
| 56 - 1 | 01/20/04 | PLF 1 objection to R&R re: DEF 3-4 motion to dismiss (34-1), DEF 1-2 motion to dismiss (37-1). |
| 57 - 1 | 01/20/04 | PLF 1 Request for Oral Argument re: DEF 3-4 motion to dismiss (34-1), DEF 1-2 motion to dismiss (37-1). |
| 58 - 1 | 01/21/04 | DEF 1-2 objection to portion of the R&R re: DEF 1-2 motion to dismiss (37-1). |
| 59 - 1 | 01/26/04 | DEF 1-2 oppo to pltf's request for O/A re DEF 1-2 motion to dismiss (37-1). |
| 60 - 1 | 01/26/04 | DEF 1-2 reply to objection to R&R re: DEF 1-2 motion to dismiss (37-1). |
| 61 - 1 | 01/28/04 | Final R&R re: DEF 3-4 motion to dismiss (34-1), DEF 1-2 motion to dismiss (37-1); MJ declines to modify recommendation that motions to dismiss be GRANTED and pltf's request for O/A (57-1) is denied. cc: cnsl, Judge Beistline |
| 62 - 1 | 01/29/04 | RRB Minute Order granting motion to dismiss (34-1), motion to dismiss (37-1). Plf's complaint is dismissed for failing to state a claim upon which relief can be granted. cc: cnsl |
| 63 - 1 | 01/30/04 | RRB Judgment that plf's cmplt is dism for failure to state a claim upon which relief can be granted. cc: cnsl, MJ Roberts, O&J 11641 |
| 64 - 1 | 02/10/04 | PLF 1 appeal to 9CCA of (63-1) filed 01/30/04. cc:cnsl, Judge Beistline, 9CCA |
| NOTE - 1 | 02/11/04 | Transmittal: Forwarded notice of appeal (64-1) to 9CCA along w/CADD & Representation Statement. |
| 65 - 1 | 02/25/04 | PLF 1 Transcript Designation/Order Form re: notice of appeal (64-1) w/att order. cc:ecr |
| 66 - 1 | 03/08/04 | Cy 9CCA Time Schedule Order. (64-1) cc:cnsl, ECR, Judge Beistline |
| 67 - 1 | 03/08/04 | Transcript S/P Conference held 8/21/03 re: notice of appeal (64-1). |
| 68 - 1 | 03/09/04 | Cy 9CCA Certificate of Record. (64-1) cc: cnsl, Judge Beistline, 9CCA (original) |
| 69 - 1 | 04/19/04 | Copy of Order from 9CCA. Crt will initate a further assessment conf by telphone on 5/13/04 (Pacific (San Francisco)Time. Briefing schedule reset: opening brief due 6/28/04; answering brief due 7/28/04 and optional reply due w/i 14 days froms vc date of ansering brief (64-1). |

ACRS: R_VDSDX As of 12/01/05 at 3:08 PM by GARRY Page 4

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A03-0118--CV (RRB)
"WILLIAM G. OSBORNE V DIST ATTY OFFICE ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | cc:cnsl, Judge Beistline |
| 70 - 1 | 06/22/04 | Copy of Order from 9CCA (64-1)that crt will have further assessment conf by telephone on 7/2/04 at 12pm Pacific (SF) Time. Briefing Schedule is reset as follows: appellants opening brief 9/24/04; appellant may file optional reply brief w/i 14 days from the svc date of answering brief. cc:cnsl, Judge Beistline |
| 71 - 1 | 09/08/04 | Copy of Order from 9CCA (64-1). The appeal is selected for inclusion in the mediation program. Briefing schedule is reset as follows: opening brief 9/13/04; answering brief 10/13/04; optional reply brief w/i 14 days from svc date of answering brief. cc:cnsl, Judge Beistline |
| 72 - 1 | 12/07/04 | Copy of Order from 9CCA (64-1). Appellant's unopposed mot to partially dismiss this appeal as to appellees Anchorage Police Department & Walter Monegan is Granted. This Order shall serve as a mandate as between appellant & appellees Anchorage Police Department & Wlter Monegan only. This appeal remains pending as to the state appellees. This case is released from the mediation program & all further inquires re this appeal shall be directed to Clker's office. cc:cnsl, Judge Beistline |
| NOTE - 2 | 05/19/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 3 vols. |
| NOTE - 3 | 05/23/05 | Notation (re: Appeal): Received notice that D.C. record to 9CCA consisting of 3 vols was received.. |
| NOTE - 4 | 10/07/05 | Notation (re: Appeal): D.C. record received from 9CCA consisting of 3 vols. |
| 73 - 1 | 10/07/05 | 9CCA Judgment/Final Order re: notice of appeal (64-1) that the district court's decision is REVERSED, REMANDED. cc: cnsl, Judge Beistline |
| 74 - 1 | 10/26/05 | DEF 3-4 Attorney Substitution of M. Pinkel for J. O'Connell. |
| 75 - 1 | 11/02/05 | RRB Minute Order counsel to advise the court if there is any further action the court needs to take at this time re the 9CCA decision. cc: cnsl |
| 76 - 1 | 11/16/05 | PLF 1 motion for summary judgment w/att memo. |
| 77 - 1 | 11/16/05 | PLF 1 Request for Oral Argument re: PLF 1 motion for summary judgment w/att memo. (76-1) |
| 78 - 1 | 11/22/05 | PLF 1; DEF 3-4 Stipulation for dismissal w/prej against DEF 3 & 4. |
| 78 - 2 | 11/23/05 | RRB Order granting stipulation for dismissal w/prej against DEF 3 & 4 (78-1). cc: cnsl |

ACRS: R_VDSDX As of 12/01/05 at 3:08 PM by GARRY Page 5