Nancy R. Simel
Office of Special Prosecutions
310 K Street, Suite 308
and Appeals
Anchorage, AK 99501
(907) 269-6250

**FILED**
DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ PO _____ Deputy

LODGED
DEC 0 1 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE, ) | |
| ) | |
| Plaintiff, ) | No. A03-0118 Civil |
| ) | |
| vs. ) | |
| ) | |
| ANCHORAGE DISTRICT ) | ORDER |
| ATTORNEY'S OFFICE; SUSAN A. ) | |
| PARKES, DISTRICT ATTORNEY, in) | |
| her official capacity; ANCHORAGE ) | |
| POLICE DEPT.; WALT MONEGAN, ) | |
| ANCHORAGE POLICE CHIEF, in ) | |
| his official capacity, ) | |
| ) | |
| Defendants. ) | |

Based upon defendants' motion to extend the time by sixty days for filing an opposition to plaintiff's motion for summary judgment, and good cause for having been shown, the motion to extend is hereby **GRANTED**. The opposition to the motion for summary judgment is now due on or before January 30, 2006.

STATE OF ALASKA
DEPARTMENT OF LAW
OFFICE OF SPECIAL PROSECUTIONS AND APPEALS
310 K STREET, SUITE 308
ANCHORAGE, ALASKA 99501
(907) 269-6250


80

Dated December 2, 2005.

[signature]
Magistrate Judge

STATE OF ALASKA
DEPARTMENT OF LAW
OFFICE OF SPECIAL PROSECUTIONS AND APPEALS
310 K STREET, SUITE 308
ANCHORAGE, ALASKA 99501
(907) 269-6250

PD 12-6-05

A03-0118--CV (RRB)
--------------------------------------------------
N. SIMEL (AG-STE-308)
R. CAVANAUGH