Nancy R. Simel
Office of Special Prosecutions
310 K Street, Suite 308
        and Appeals
Anchorage, AK 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270

Attorney for Anchorage District
Attorney's Office and Susan Parkes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| WILLIAM G. OSBORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. A03-0118 Civil (RRB) |
| vs. | ) | |
| | ) | |
| ANCHORAGE DISTRICT | ) | MOTION TO EXTEND TIME |
| ATTORNEY'S OFFICE; SUSAN A. | ) | FOR FILING OPPOSITION TO |
| PARKES, DISTRICT ATTORNEY, in | ) | MOTION FOR SUMMARY |
| her official capacity; ANCHORAGE | ) | JUDGMENT |
| POLICE DEPT.; WALT MONEGAN, | ) | (On shortened time) |
| ANCHORAGE POLICE CHIEF, in | ) | |
| his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

Come now defendants Anchorage District Attorney's Office and Susan A. Parkes, former District Attorney, in her official capacity, by and through legal counsel, Nancy R. Simel, Assistant Attorney General, and ask this court to extend the time by fifteen days for filing an opposition to Osborne's motion for summary judgment. Respondents' opposition is

currently due on January 30, 2005.  If this court grants respondents' motion for an extension, the new due date for the opposition will be February 14, 2006.

Respondents are filing this motion on shortened time because their opposition is due today.  A ruling is requested as soon as possible.

This motion is supported by the accompanying affidavit of undersigned counsel.

Dated January 30, 2006.

DAVID M. MÁRQUEZ
ATTORNEY GENERAL

s/ Nancy R. Simel
Assistant Attorney General
E-mail: Nancy_Simel@law.state.ak.us
Alaska Bar No. 8506080

## Certificate of Service

I certify that on January 30, 2006, a copy of the foregoing Motion to Extend Time for Filing Opposition to Motion for Summary Judgment (On shortened time) was served electronically on Robert Bundy.