IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,  )<br>  )<br>   Plaintiff,  )<br>  )   No. A03-0118 Civil (RRB)<br>vs.  )<br>  )<br>ANCHORAGE DISTRICT  )<br>ATTORNEY'S OFFICE; SUSAN A.  )<br>PARKES, DISTRICT ATTORNEY, in)<br>her official capacity; ANCHORAGE  )<br>POLICE DEPT.; WALT MONEGAN, )<br>ANCHORAGE POLICE CHIEF, in  )<br>his official capacity,  )<br>  )<br>   Defendants.  )<br>_____ ) | **PROPOSED**<br>ORDER GRANTING MOTION<br>TO EXTEND TIME FOR FILING<br>OPPOSITION TO MOTION FOR<br>SUMMARY JUDGMENT<br>(On shortened time) |

Based upon defendants' motion to extend the time by fifteen days for filing an opposition to plaintiff's motion for summary judgment, and good cause for having been shown, the motion to extend is hereby granted. The opposition to the motion for summary judgment is now due on February 14, 2006.

Dated this _____ day of _____, 2006.

_____

U.S. District Court Judge
Ralph R. Beistline