Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Respondent Anchorage District
Attorney's Office and Susan A. Parkes

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| WILLIAM G. OSBORNE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANCHORAGE DISTRICT, ) <br> ATTORNEY'S OFFICE; SUSAN A. ) <br> PARKES, DISTRICT ATTORNEY ) <br> in her official capacity; ) <br> ANCHORAGE POLICE DEPT.; ) <br> WALT MONEGAN, ANCHORAGE ) <br> POLICE CHIEF, in his official ) <br> capacity, ) <br> ) <br> Defendant. ) <br> ) | | Case No. 3:03-cv-00118-RRB <br><br> MOTION TO EXTEND TIME FOR FILING OPPOSITION TO MOTION FOR SUMMARY JUDGMENT <br> (On shortened time) |

Come now defendants Anchorage District Attorney's Office and Susan A. Parkes, former District Attorney, in her official capacity, by and through legal counsel, Nancy R. Simel, Assistant Attorney General, and ask this court to extend the time by three days for filing an opposition to Osborne's

motion for summary judgment. Respondents' opposition is currently due on February 14, 2005. If this court grants respondents' motion for an extension, the new due date for the opposition will be February 17, 2006.

Respondents are filing this motion on shortened time because their opposition is due today. A ruling is requested as soon as possible.

This motion is supported by the accompanying affidavit of undersigned counsel.

DATED February 14, 2006 , at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

        s/ Nancy R. Simel
           Assistant Attorney General
           State of Alaska, Dept. of Law
           Office of Special Prosecutions
             and Appeals
           310 K St., Suite 308
           Anchorage, Alaska 99501
           Telephone: (907) 269-6250
           Facsimile: (907) 269-6270
           e-mail: Nancy_Simel@law.state.ak.us
           Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on February 14, 2006, a copy of the foregoing Motion to Extend Time for Filing Opposition to Motion for Summary Judgment (On shortened time) was served electronically on Robert C. Bundy, Randall S. Cavanaugh, Mary B. Pinkel and on David Menschel, 55 5th Avenue, 11th Floor, New York, NY 10003, Peter J. Neufeld. 55 5th Avenue, 11th Floor, New York, NY 10003, Colin Starger, Cardozo School of

Law, 55 5th Avenue, 11th Floor, New York, NY 10003, by regular U.S. mail.

<u>s/ Nancy S. Simel</u>