IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE, ) <br> ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANCHORAGE DISTRICT ) <br> ATTORNEY'S OFFICE; SUSAN A. ) <br> PARKES, DISTRICT ATTORNEY, in ) <br> her official capacity; ANCHORAGE ) <br> POLICE DEPT.; WALT MONEGAN, ) <br> ANCHORAGE POLICE CHIEF, in ) <br> his official capacity, ) <br> ) <br>    Defendants. ) <br> ) | No. A03-0118 Civil (RRB) <br><br> **PROPOSED** <br> ORDER GRANTING MOTION <br> TO EXTEND TIME FOR FILING <br> OPPOSITION TO MOTION FOR <br> SUMMARY JUDGMENT <br> (On shortened time) |

Based upon defendants' motion to extend the time by three days for filing an opposition to plaintiff's motion for summary judgment, and good cause for having been shown, the motion to extend is hereby granted. The opposition to the motion for summary judgment is now due on February 17, 2006.

     Dated this _____ day of _____, 2006.

_____
U.S. District Court Judge
Ralph R. Beistline