Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Defendants Anchorage District Attorney's Office & Parkes

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| WILLIAM G. OSBORNE, Plaintiff, vs. DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DITRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT. Defendants. | Case No. 3:03-cv-00118-RRB  MOTION TO STAY PROCEEDINGS |
|---|---|

Come now defendants Anchorage District Attorney's Office and Susan A. Parkes, former District Attorney, in her official capacity, by and through legal counsel, Nancy R. Simel, Assistant Attorney General, and move for an order staying this proceeding until Osborne's post-conviction proceedings in

1

the Alaska state courts are completed. This motion is supported by the accompanying memorandum of law and exhibit.

DATED February 17, 2006 , at Anchorage, Alaska.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> s/ **Nancy R. Simel**
>   Assistant Attorney General
>   State of Alaska, Dept. of Law
>   Office of Special Prosecutions
>     and Appeals
>   310 K St., Suite 308
>   Anchorage, Alaska 99501
>   Telephone: (907) 269-6250
>   Facsimile: (907) 269-6270
>   e-mail: Nancy_Simel@law.state.ak.us
>   Alaska Bar. No. 8506080

### Certificate of Service

I certify that on February 17, 2006, a copy of the foregoing Motion to Stay Proceedings was served electronically on **Randall S. Cavanaugh, Mary B. Pinkel, Robert C. Bundy** and on **David Menschel, Peter J. Neufeld and Colin Starger at Cardozo School of Law 55 5th Avenue, 11th Floor New York, NY 10003** by regular U.S. mail.

s/ **Nancy R. Simel**

2