

FEB - 8 2006

# Superior Court
### State of Alaska
THIRD JUDICIAL DISTRICT

**SHARON L. GLEASON**
Superior Court Judge

825 W. 4th Avenue
Anchorage, Alaska 99501-2004

(907) 264-0772

February 7, 2006

Marilyn May
Clerk of the Appellate Courts
303 K Street
Anchorage, Alaska 99501



A-8399 RECEIVED
DEPARTMENT OF LAW
FEB 8 2006
OFFICE OF SPECIAL PROSECUTIONS
AND APPEALS

Re: Osborne v. State

Dear Ms. May:

I am writing to you once again regarding Osborne v. State, Court of Appeals Case No. A-08399. This case was remanded back to me from the Court of Appeals last year for additional determinations. I have previously requested from the Court of Appeals and have been granted two extensions, once until November 15, 2005 and a second until February 15, 2006 to address those issues on remand.

I am now asking for yet one more extension. Currently pending before me is a motion filed by the State to either strike an affidavit filed by Mr. Osborne or, in the alternative, to re-open discovery. That motion just became ripe on February 2, 2006. I will need to resolve that motion before I can address the issues presented to me on remand from the Court of Appeals. In light of the foregoing, I am requesting an extension until April 17, 2006 at this time, with the possibility that I may need additional time depending on my ruling on the pending motion. Thank you for your consideration.

Sincerely,

Sharon Gleason
Sharon L. Gleason
Superior Court Judge

cc: Randy Cavanaugh, Esq.
    James Fayette, Esq.

rvd by: _OK → NPS_
to: _____