Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Defendants Anchorage District Attorney's Office and Parkes

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>   Plaintiff,<br><br> vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>   Defendants. | Case No. 3:03-cv-00118-RRB<br><br>PROPOSED<br>ORDER DENYING MOTION FOR SUMMARY JUDGMENT |

  Having considered Osborne's motion for summary judgment, the opposition, reply, and supporting documents, this court denies the motion.

  DATED _____, at Anchorage, Alaska.

_____

District Court Judge
## Certificate of Service

I certify that on February 17, 2006, a copy of the foregoing Proposed Order Denying Motion for Summary Judgment was served electronically on **Randall S. Cavanaugh, Mary B. Pinkel, Robert C. Bundy** and on **David Menschel, Peter J. Neufeld and Colin Starger at Cardozo School of Law 55 5th Avenue, 11th Floor New York, NY 10003** by regular U.S. mail.

s/ **Nancy R. Simel**