## APPLICATION FOR DISCRETIONARY PAROLE

Sept. 1, 02
(DATE)

Name of Parole Applicant: Last/MI/First Name: Jackson, C. Dexter

OBSCIS #: 284073

DATE OF BIRTH: 12-19-69

INSTITUTION: F.C.C.

DATE OF OFFENSE: 3-28-93

OFFENSE: Assault 1, Kidnap, Sex Assault, Assault 3

1. **STATE YOUR VERSION OF THE OFFENSE** Include all information leading up to, during and after the commission of the crime. Explain your role in the crime and the reasons you were involved. (Applicants should include as many details as necessary. Use an additional sheet of paper if necessary; do not use the back of this page.)

    To shed some light on my action leading up to the crime I committed. In know way I am making an excuse for my actions. I take full responsibility for what I did. Growing up I had both parents at home with me, but my dad was an alcoholic and our relationship wasn't what you call a father and son relationship. He enjoyed fixing cars in his spare time and he thought I would, but I didn't care to learn. What I like doing was playing ball with my cousin and I played ball in high school in which he never attend not one game. Through my teenage life I had to listen to him tell me I will never amount to anything and if I was on fire he wouldn't piss on me to put it out. Numerous times he tried to kick me out of the house, but my mom would step in. Whenever he get drunk that's when he would verbal abuse me when I wouldn't pay any attention to him. He never beat me or anything like that. He never forgave me for not following in his footsteps. Later my mother told me that he never graduated form high school and I am about to and for some reason he don't like that. I never understood why and still don't know. When my mom told me that she made me promise never to drink like my dad. So I never did drink alcohol just beer whenever I could get it.

I have a cousin who owns an Electrical and half of a Security/Investigation Business. He trained me to wire houses and apartments. Whenever work got slow I would work doing security work in the parks, mall and the gas plants. I had it in my mind after doing security guard work that I would make my career in law enforcement. After about three and a half years I left my cousin electrical business to be a Journeymen Electrician and work in the local union. I worked for a few months and when the work got slow the boss had to lay off two first year apprentices. I thought I would have a job since I had more experience than all three first year apprentices. Well he laid me off and kept one of the other guys because two of his brothers work there and he kept the white guy who started after I did and I asked him why didn't you keep me because I had more experience than any of those guys you kept. He said the guy just got married and he has bills, which was a lie. I told him I have bills myself I just bought a brand new car, but it didn't change his mind. It was my first incident with racial prejudice in the workplace and I was mad that I didn't go back to work for him instead I just drew my unemployment for as long as I could.

    I had another cousin (who is a Detective now) who got hurt playing Professional Football. He became a police officer and I use to talk with him about becoming a police officer. I told him I was thinking about going full time in the military and work my way from there. So I signed up for the Army. (While all this was going on I was already in the Army Reserve.) So I got stationed in Alaska on Ft. Richardson as a light wheel mechanic (something I hated). When I got to my unit I received a motivational talk from my platoon sergeant in which he told me the name of the game is to make rank in this Uncle Sam Army and be

1

All you can be. After I was there for a while I excelled in everything I did. I got half days off because I did more than what was expected of me. In my spare time I took classes at the college on post dealing with the Military Police. I talked with the Military Police first sergeant to find out how can I become a military police officer. I was told to talk with the personnel in my unit who reenlist people. So I did and he made a phone call to somebody and in a few days he told me they have enough E-3's, but they need some E-4's. I was an E-3 waiting to get promoted. My section chief found out that I wanted to be a military police officer and he told me I shouldn't waste Uncle Sam money jumping from job to job. So I never got my E-4 because of him. I watched a white guy go from E-2 to E-3 to E-4. My attitude changed and I kept hearing my dad's word in my head. My attitude got me a Summarized Article 15 for disobeying an order in which I was told to go pick something up and I told the sergeant he go do it. From that time my life seem like it was going down and I didn't know how to handle the things that was happening to me. Twice I tried to better myself and I was blocked by what I perceived was racial prejudice. I was put on a detail with S-4 (department that handles ammo for the battalion). The person who was working for him transferred and he needed someone to drive him around in the Hum-V. I explain my situation to him and he said he could help me get my E-4 if I work for him. When he talked to the commander he spoke with my first sergeant about transferring me to S-4, but he had to talk with my section chief who complained that he was short on mechanics and he couldn't stand to lose anybody. That was that. I was told not to go back to S-4, but to report to the gym in which I helped clean the Iditarod trail. My moral was gone. There was a couple of guys who was robbing people in their spare time in Anchorage and they tried to solicit me to come along, but I kept denying them because all they wanted was to use my car. I refused to do something like that, but later I went with them to check things out and the next time I was robbing people of money, jewelry or whatever they had of value. Each time it got easier. I got bolder thinking I was Robin Hood and I was getting my just reward.

One day I was over a friend house and my codefendant was at the video arcade place and he tried to contact me, but I wasn't home. For some odd reason I called my answering machine to check my message and I got his message where he was and he got something lined out and to come pick him up. I made an excuse to leave my friend for a little while. What my codefendant had lined up was a hooker who he thought was making money on the streets. We picked her up and while I was driving he was talking to her making a deal while I was looking for a secluded place so we could rob her of her money. I wasn't familiar with the Anchorage area so I was told to go down a road that would lead to Earthquake Park. When we found a place to park I was going to rummage through her pockets while he have sex with her. To ease the tension so she wouldn't expect anything I had her perform oral sex on me and he had sex with her and while they were having sex I searched her pants to see if anything was there. She had a few dollars and some change. After I saw she didn't have any money we told her to get out. She wouldn't and stated she wanted the fifty dollars that was promised to her and then she would get out. I told her she owes me fifty dollars to take her back to Spenard. That's when my codefendant pulled the gun on her and told her to give him the money she was hiding. In which I was getting impatient because I had to get back to my friend house. She said she doesn't have any money. She still refused to get out of the car when I told her too. About that time I got the gun from my codefendant and hit her in the head with the gun and she was dazed by the blow and by that time my codefendant grabbed her around the neck to pull her out while he was doing that she left a little feces on my seat. So I got out and told her to clean my seat with the cleaning supplies I had in my trunk. She just ignored me while all the time my codefendant was laughing. I took out an ax handle and threaten her to try and make her clean the mess off my seat. I hit her a couple of times. When it didn't work I just kept hitting her taking my anger out on her. Then I used the cleaning supplies myself to clean the mess up plus the blood on my headrest where I hit her with the gun. After my seat was cleaned we left her there putting on her clothes. I didn't get a chance to go back to my friend house I went to the base where I had more light to clean my car.

2. **PROBATION/PAROLE REVOCATIONS**-If your probation or parole has ever been revoke in the past, explain the circumstances, including what you did to violate the conditions of parole or probation. Include date of hearing, the result (probation, parole revoked or continued), the city and state of the probation or parole office. (Applicants should use an additional sheet of paper, do not use the back of this page.)

## NO, FIRST TIME EVER IN JAIL.

3. **WHY GRANT PAROLE**-Why should the Alaska Board of Parole grant you parole to the community instead of serving the remainder of your sentence in prison? What have you done since being sentenced that would indicate you will be a good risk to not violate the law or the conditions of parole.

While incarcerated I took the Substance abuse program where I completed al phases plus Aftercare treatment.
 I received a Barber's license at CADC in November of 1996. After I received my license I helped as a tutor. In January 1997 I was given a job as the segregation barber cutting hair for the guys in seg and protective custody. I maintained the same job while moving to FCC. While at FCC I was ask to become the Staff barber. A job I still have today. I have 4607 hours logged with the State Board of Barbers.
 I have taken the computer course and completed Microsoft Office.
 I took Anger Management in Seward and the faith-pod. What I learned from the course is there are two ways to express my anger: Ventilate (blow-up) or Internalize (clam-up). Living in a therapeutic community has help to control and hold me accountable for my anger.
 Also I had the opportunity to take the Cognitive class (Options). The class made me aware of my thinking errors. By keeping a journal of every time I got upset showed me what I was thinking. One of my biggest thinking error was the OLE' RACE CARD. (Everything that happens to me was because I was black).
 Living in the faith-pod has taught me to live by the rules of the pod and every time I violate one I will be held accountable for that violation. At the present I am the Senior Coordinator of the pod. My personal counseling with the chaplain every other week has helped me to reestablish a relationship with my father and to confront the behaviors and attitude that I have had all of my life.

4.  **GUIDELINES INFORMATION**-If you have not served minimum number of months required by the Board's guidelines, what mitigating factors are present in your case to justify the Board releasing you below it's published guidelines? What have you done since your sentencing that would indicate to the Board that you are a good risk and will not violate the law or the conditions of discretionary parole the Board may impose? (Applicants should read the Parole Applicant's Guideline Handbook and, if necessary, use an additional sheet of paper.)

I am not clear on this section. But what have I done since my sentencing that would indicate to the Board that I am a good risk and I won't violate the law or the condition of discretionary parole. My commitment to the Barbering field. And helping other guys learn a trade that will help them get out and make a living for themselves. Also I have held a job cutting hair for five years without an incident.

Before I ever came to prison I never had a problem with working and if you can't see by now I am totally committed to cutting hair. When I say cutting hair it's not just cutting hair it's doing designer braiding, chemical services and straight-razor shaving on all types of hair (not just my race). I applied to get my Instructors license that we were promised when we first started in May 1995. I met all the requirements to take the test, but was denied because one of the instructors thought CCA would fire them and hire us to save money. It affected me because I wanted to take advantage of what I could in prison, but it didn't get me down because before not knowing how to handle negative situation led me to do the things to get me in prison. What I did was kept doing what I was doing and decided an Instructor license wasn't the thing for me at the moment. I was told to wait until I get out.

My family is supporting me to get started. My dad has given me our old mobile home to live in or turn into a barbershop. My mother has made some phone calls to the mall back home to check on prices and available space for me. Plus she has sold some of her stock to help me get back on my feet.

Some of my immediate cousin is willing to learn the art of Barbering from me. And by the time they graduate high school they would have a job plus they would be my investment for the future. Hopefully I can open more than one Barbershop/Salon in the future (my long-term goal).

5.  Was your case sent to the Three Judge Panel?         Yes   (No)

6.  Has your conviction or sentence ever been appealed?  (Yes)  No

7.  Has a petition to modify your sentence ever been filed?  Yes  (No)

8.  Have you read the following important rules and regulations about discretionary parole Hearings?
    The Parole Guidelines Handbook for Parole Applicants   (Yes)  No
    The Parole Handbook (dated January 1999)               (Yes)  No

*The following Alaska Administrative Codes*

    22 AAC 20, Article 6, Appearance at Parole Release Hearings (Yes)  No
    22 AAC 20, Article 4, Discretionary Parole Hearings            (Yes)  No
    22 AAC 20, Article 5, Conditions of Parole                     (Yes)  No
    22 AAC 20, Article 6, Discretionary Parole Release Procedures  (Yes)  No

4

9. **ISSP – INTENSIVE SUPERVISION AND SURVEILLANCE PROGRAM** – Even if you have not served the time suggested by the Board's guidelines or are a higher risk case that might not ordinarily be paroled, the Board might consider paroling you to it's Intensive Supervision and Surveillance Program. You MUST be releasing to the Anchorage area and meet other requirements of the program.

    I have read the ISSP Brochure                                                                  (Yes)    No
    I have discussed the ISSP program with my Parole Officer                                        Yes     (No)
    I am willing to be placed on ISSP under the conditions stated in the ISSP brochure.             Yes     (No)

10. **AREA OF RELEASE** – I will expect to reside upon release:

    a) City/Village: <u>Collinsville</u>              b) State: <u>Mississippi</u>

11. What special conditions do you think would be helpful to you in being a successful parolee if the Board paroled you?

    <u>I would like to attend seminars in other states that are hosted by different product manufactures to show the latest haircut, new hairstyling equipment, and the latest hair product.  Also I want to be able to buy the latest equipment for my shop from places that's not in town.
    Having a mentor who will be there for me to hold me accountable in making sure I am spending time with God in prayer and fulfilling my obligation to any conditions that I have.  Spending quality time with my family and attending self-help groups.</u>

12. What specific problems do you expect to encounter once you are released?

    <u>Probably skepticism and/or rejection due to being fresh out of prison and until people get use to me they will be hesitant to be around me.  I consider myself a people person and I will soon be accepted.  The neighborhood that I am going to is all family.
    Another problem will be working to succeed in my business that I will not have time for my family and daughter.  My mind set will be to show that I made a mistake and given the time I can be a productive member of society.</u>

13. **RELEASE INFORMATION**-What are your release plans? Give the complete address of your proposed residence, names and relationships of any relatives who will be living with you. Provide the names and relationships of any other relatives living in the area of your proposed residence. Give the complete name and address of your proposed employer and state whether or not employment is certain. Give the details of employment such as salary, hours, duties, etc. Provide the Board with the information regarding any other resources, which may assist you in making a successful parole adjustment.
(Applicants should include as many necessary. Use an additional sheet of paper, do not use the back of this page.)

My plan is to stay with my older sister until I can get the power and accessories on in the mobile home that's sitting there. It's about 100 yards from my sister place. Her name and kids are:
Paula Winford (sister)
Antonisha Jackson (niece)
Lemeka Winford (niece)
Jessica Winford (niece)

8217 Wilsondale Rd.
Collinsville, Ms. 39325

I can't say right off where I will work at. My goal is to rent a space in the mall. Until then I would see if any shops are hiring and work there until my plans come together.

This application will become part of the record that will be considered by the Alaska Board of Parole when reviewing your case for discretionary parole. I understand the Alaska Board of Parole as access to all records when considering this parole application. The Alaska Board of Parole may examine a Department of Corrections records generated by contract facilities or program providers. I further understand that it is a Class A misdemeanor crime under AS 11.56.210 to submit a false written or recorded statement regarding this parole application. I acknowledge I must state the exact and complete truth in this written application as well as at my parole hearing. Providing a false or misleading statement may be grounds for denying parole or rescinding parole.

_____
SIGNATURE OF APPLICANT
DATE: 9-4-02

_[signature]_
7-20-04

_____
SIGNATURE OF STAFF WITNESS
DATE: 9/4/02

mary a chaney
7/20/04

6