Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>    Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>    Defendants. | Case No. A03-0118 CV |

**STIPULATION FOR EXTENSION OF TIME**

The parties, by and through the undersigned counsel, stipulate and agree to an extension of time until March 15, 2006, in which Plaintiff may file his reply to the Opposition to Motion for Summary Judgment filed on February 17, 2006; and an extension of time until March 21, 2006 to file a response to the pending Motion to Stay Proceedings filed on February 17, 2006.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this 23rd day of February, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:   /s/ Robert C. Bundy
    Robert C. Bundy, ABA #7206021
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, AK 99501-5907
    (907) 276-4557
    bundy.robert@dorsey.com

DATED this 23rd day of February, 2006, at Anchorage, Alaska.

DAVID W. MARQUEZ
ATTORNEY GENERAL

By:   /s/ Nancy R. Simel (consent)
    Nancy R. Simel, ABA #8506080
    Assistant Attorney General
    State of Alaska, Dept. of Law
    Office of Special Prosecutions/Appeals
    310 K Street, Suite 308
    Anchorage, AK  99501
    (907)269-6250
    Nancy_Simel@law.state.ak.us

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

STIPULATION FOR EXTENSION OF TIME    *Osborne v. District Attorney's Office, et al.*
Page 2 of 3    A03-0118 CV

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 23rd day of February, 2006, a true and correct
copy of this document was served on:

| | |
|---|---|
| Randall S. Cavanaugh<br>Kalamarides & Lambert<br>711 H Street, Suite 450<br>Anchorage, AK  99501 | Nancy Simel, Assistant Attorney General<br>Special Prosecutions and Appeals<br>310 K Street, Suite 308<br>Anchorage, Alaska  99501 |
| Peter Neufeld and David Mewnschel<br>Innocence Project<br>Benjamin N. Cardozo School of Law<br>55 Fifth Avenue, 11th Floor<br>New York, NY  10003 | Mary Pinkel, Assistant Municipal Attorney<br>Municipality of Anchorage Department of Law<br>P.O. Box 1996650<br>632 W. 6th Avenue, Suite 730<br>Anchorage, Alaska  99519-6650 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

By:     /s/ Robert C. Bundy
        Robert C. Bundy, ABA #7206021
        Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

STIPULATION FOR EXTENSION OF TIME     *Osborne v. District Attorney's Office, et al.*
Page 3 of 3                            A03-0118 CV