UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


OSBORNE   v.   DISTRICT ATTORNEY, et al.

DATE:   February 27, 2006    CASE NO.   3:03-cv-0118-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING EXTENSION**

---

Pursuant to the Stipulation for Extension of Time (Docket 92), Plaintiff has until the close of business on **March 15, 2006**, to file his reply to the opposition (Docket 89) to the Motion for Summary Judgment Motion (Docket 76), and until the close of business on **March 21, 2006,** to file his opposition to the Motion to Stay (Docket 87).

M.O. GRANTING EXTENSION