Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com


Co-Counsel for Plaintiff


## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>                    Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>                    Defendants. | Case No. A03-0118 CV<br><br><br><br><br>**NOTICE TO COURT** |

Plaintiff William Osborne, by and through the undersigned counsel, hereby gives notice of the following:

    1.     Change of address:

Peter Neufeld and Colin Starger
Innocence Project
Benjamin N. Cardozo School of Law
100 Fifth Avenue, 3rd Floor
New York, NY  10011

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

2.      David Menschel is no longer associated with this case.


DATED this 13th day of March, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Co-Counsel for Plaintiff


By:     /s/ Robert C. Bundy
          Robert C. Bundy, ABA #7206021
          DORSEY & WHITNEY LLP
          1031 West Fourth Avenue, Suite 600
          Anchorage, AK 99501-5907
          (907) 276-4557
          bundy.robert@dorsey.com

CERTIFICATE OF SERVICE

This certifies that on the 13th day of
March, 2006, a copy of the foregoing
document was served on:

Randall S. Cavanaugh                          Peter Neufeld and Colin Starger
Kalamarides & Lambert                         Innocence Project
711 H Street, Suite 450                       Benjamin N. Cardozo School of Law
Anchorage, AK  99501                          100 Fifth Avenue, 3rd Floor
                                              New York, NY  10011

Nancy Simel, Assistant Attorney General       Mary Pinkel
Special Prosecutions and Appeals              Municipality of Anchorage Department of Law
310 K Street, Suite 308                       P.O. Box 1996650
Anchorage, Alaska  99501                      632 W. 6th Avenue, Suite 730
                                              Anchorage, Alaska  99519-6650


by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


          /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557