UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  OSBORNE  </u>  v.  <u>  DISTRICT ATTORNEY, et al.  </u>

DATE:   <u>  March 14, 2006  </u>       CASE NO.   <u>  3:03-cv-0118-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING ORAL ARGUMENT**

---

      Pursuant to Plaintiff's request (Docket 77), oral argument (30 minutes) on Plaintiff's Motion for Summary Judgment (Docket 76) will be held on **Friday, April 21, 2006, at 8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.