Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>    Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>    Defendants. | Case No. A03-0118 CV (RRB)<br><br><br>**ORDER SETTING ORAL ARGUMENT REGARDING MOTION TO STAY PROCEEDINGS** |

  Upon request of Plaintiff William Osborne for oral argument regarding Defendant's Motion to Stay Proceedings,

  IT IS HEREBY ORDERED that oral argument will take place on _____, 2006, at _____ a.m./p.m.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

By: _____
    The Honorable Ralph R. Beistline

CERTIFICATE OF SERVICE

This certifies that on the 22nd day of March, 2006, a copy of the foregoing document was on:

| | |
|---|---|
| Randall S. Cavanaugh<br>Kalamarides & Lambert<br>711 H Street, Suite 450<br>Anchorage, AK  99501 | Peter Neufeld and Colin Starger<br>Innocence Project<br>Benjamin N. Cardozo School of Law<br>100 Fifth Avenue, 3rd Floor<br>New York, NY  10011 |
| Nancy Simel, Assistant Attorney General<br>Special Prosecutions and Appeals<br>310 K Street, Suite 308<br>Anchorage, Alaska  99501 | Mary Pinkel<br>Municipality of Anchorage Department of Law<br>P.O. Box 1996650<br>632 W. 6th Avenue, Suite 730<br>Anchorage, Alaska  99519-6650 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

    /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER SETTING ORAL ARGUMENT                                   *Osborne v. District Attorney's Office, et al.*
Page 2 of 2                                                                                                                   A03-0118 CV