UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


OSBORNE   v.   DISTRICT ATTORNEY'S OFFICE, et al.

DATE:   March 29, 2006          CASE NO.   3:03-cv-0118-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

      Oral argument on Defendants' Motion to Stay Proceedings (Docket 87) will be held on **Friday, April 21, 2006, at 8:30 a.m.**, in Courtroom 2, in conjunction with the oral argument on Plaintiff's Motion for Summary Judgment (Docket 76).


M.O. SCHEDULING HEARING