Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy R. Simel@law.state.ak.us

Attorney for Defendants Anchorage District Attorney's Office & Parkes

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DISTRICT ATTORNEY'S OFFICE )<br>FOR THE THIRD JUDICIAL )<br>DISTRICT, ANCHORAGE, ALASKA;)<br>SUSAN A. PARKES, DISTRICT )<br>ATTORNEY, in her official capacity; )<br>ANCHORAGE POLICE DEPT., )<br>ANCHORAGE, ALASKA; WALT )<br>MONEGAN, ANCHORAGE POLICE)<br>DEPT. )<br>)<br>Defendants. )<br>) | Case No. 3:03-cv-00118-RRB<br><br>UNOPPOSED MOTION TO<br>RESCHEDULE ORAL ARGUMENT<br>ON PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT |

The state defendants ask this court to reschedule the oral argument on Plaintiff's Motion for Summary Judgment that is currently scheduled for Friday, April 21, 2006, at 8:30 a.m. This request is made because undersigned counsel will be unavailable at that time.

This motion is unopposed by Osborne. Counsel for both parties will be available for oral argument from April 25-28, 2006.

Undersigned counsel apologizes for the delay in asking the court to reschedule the oral argument. The delay was due to the fact that undersigned counsel was out of the office until March 28, 2006. In addition, it took until today to complete the consultation with Osborne's counsel about mutually agreeable alternative dates.

DATED March 30, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Nancy R. Simel
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: Nancy_Simel@law.state.ak.us
   Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on March 30, 2006, a copy of the foregoing Unopposed Motion To Reschedule Oral Argument On Plaintiff's Motion For Summary Judgment and Proposed Order was served electronically on Robert C. Bundy, Randall S. Cavanaugh, Mary B. Pinkel and on Peter J. Neufeld and Colin Starger, Innocence Project, Benjamin Cardozo School of Law, 100 Fifth Avenue, 3rd Floor, New York, NY, 10011, by regular U.S. mail.

s/ **Nancy R. Simel**