IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,           )<br>                               )<br>     Plaintiff,               )<br>                               )<br>   vs.                         )<br>                               )<br>DISTRICT ATTORNEY'S OFFICE     )<br>FOR THE THIRD JUDICIAL         )<br>DISTRICT, ANCHORAGE, ALASKA;)<br>SUSAN A. PARKES, DISTRICT      )<br>ATTORNEY, in her official capacity; )<br>ANCHORAGE POLICE DEPT.,        )<br>ANCHORAGE, ALASKA; WALT        )<br>MONEGAN, ANCHORAGE POLICE)<br>DEPT.                          )<br>                               )<br>     Defendants.              )<br>                               ) | Case No. 3:03-cv-00118-RRB<br><br>**PROPOSED** <u>ORDER FOR UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u> |

The state defendants' unopposed motion to reschedule the oral argument on Plaintiff's Motion for Summary Judgment is hereby granted. The current date for oral argument on Plaintiff's Motion for Summary Judgment is vacated; the oral argument will be held on April ___, 2006 at _____.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
Magistrate-Judge