UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  OSBORNE   v.   DISTRICT ATTORNEY'S OFFICE, et al.

DATE:   March 31, 2006         CASE NO.   3:03-cv-0118-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING HEARING**

---

Defendants filed an Unopposed Motion to Reschedule Oral Argument (Docket 101) and requested specific new dates. The Court, however, is unavailable on the requested dates. Therefore, oral argument on the pending motions is rescheduled for **Tuesday, May 16, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

Counsel attending telephonically are to contact Carolyn Bollman, Deputy Clerk, at 907-451-5791, to make appropriate arrangements.

M.O. RESCHEDULING ORAL ARGUMENT