IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>      Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPARTMENT, ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPARTMENT.<br><br>      Defendants. | Case No. 3:03-cv-0118-RRB<br><br>**ORDER DENYING MOTION<br>TO STAY PROCEEDINGS** |

      Before the Court are Defendants Anchorage District Attorney's Office and Susan A. Parkes, former District Attorney, in her official capacity, with a Motion to Stay Proceedings (Docket 87). Defendants argue the present matter should be stayed until post-conviction proceedings in the Alaska State Courts are

ORDER DENYING MOTION TO STAY - 1
3:03-CV-0118-RRB

completed.[1]  The motion is opposed at Docket 87 and **DENIED** for reasons stated therein.[2]

In conjunction with <u>Osborne v. District Attorney's Office for Third Judicial Dist.</u>, 423 F.3d 1050, 1056 (9th Cir. 2005), the only issue before the Court in this matter is whether Plaintiff William G. Osborne was deprived of a federally protected right, i.e., a right to seek "post-conviction access to biological evidence in the government's possession."[3]  The Alaska State Courts have already found against Plaintiff with respect to the same.  <u>See Osborne v. State</u>, 110 P.3d 986, 995 (Alaska App. 2005)(holding that Plaintiff "has no due process right under the federal constitution to present new evidence to establish his factual innocence.").

For this reason, and for additional reasons more carefully articulated in Plaintiff's Response to Motion to Stay Proceedings (Docket 97), the Court concludes there is no logical reason to delay the present matter any further.  Consequently,

---

[1]  Clerk's Docket 87 at 1-2.

[2]  Having thoroughly reviewed the matter, the Court deems oral argument unnecessary and directs the parties to address only Plaintiff's Motion for Summary Judgment (Docket 76) on Tuesday, May 16, 2006.

[3]  <u>Osborne v. District Attorney's Office</u>, 423 F.3d 1050, 1056 (9th Cir. 2005).

Defendants' Motion to Stay Proceedings (Docket 87) is hereby **DENIED**.

        ENTERED this 25th day of April, 2006.

                /s/ RALPH R. BEISTLINE
                UNITED STATES DISTRICT JUDGE