Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>               Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>               Defendants. | Case No. A03-0118 CV (RBR)<br><br><br><br>**UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT** |

Plaintiff William G. Osborne moves this Court to continue oral argument in the above matter on Plaintiff's Motion for Summary Judgment presently scheduled for May 16, 2006 at 9:00 a.m. The undersigned will be acting as trial counsel in *United States v. Kane, et* al., Case No. 3:06-CR-00022-JWS-JDR-2, the trial of which is set to commence on May 15, 2006. This motion is supported by the attached Affidavit of Counsel. Counsel for Defendants has indicated that this motion will not be opposed.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this 27th day of April, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for William G. Osborne

BY:    /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
bundy.robert@dorsey.com
(907) 276-4557

CERTIFICATE OF SERVICE

This certifies that on the 27th day of
April, 2006, a copy of the foregoing
document was served on:

Randall S. Cavanaugh
Kalamarides & Lambert
711 H Street, Suite 450
Anchorage, AK 99501

Peter Neufeld and Colin Starger
Innocence Project
Benjamin N. Cardozo School of Law
100 Fifth Avenue, 3rd Floor
New York, NY 10003

Nancy Simel, Assistant Attorney General
Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501

Mary Pinkel
Municipality of Anchorage Department of Law
P.O. Box 1996650
632 W. 6th Avenue, Suite 730
Anchorage, Alaska 99519-6650

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
bundy.robert@dorsey.com
(907) 276-4557

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

UNOPPOSED MOTION TO CONTINUE ORAL
ARGUMENT
Page 2 of 2

*Osborne v. District Attorney's Office, et al.*

A03-0118 CV