Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>                Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>                Defendants. | Case No. A03-0118 CV (RRB)<br><br><br>**ORDER CONTINUING ORAL ARGUMENT** |

     Upon request of Plaintiff William Osborne to continue the oral argument regarding Defendant's Motion for Summary Judgment presently set for May 16, 2006, at 9 a.m., and that motion being unopposed,

     IT IS HEREBY ORDERED that oral argument is rescheduled for _____, 2006, at _____ a.m./p.m.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

By: _____
The Honorable Ralph R. Beistline

CERTIFICATE OF SERVICE

This certifies that on the 27thday of
April, 2006, a copy of the foregoing
document was on:

| | |
|---|---|
| Randall S. Cavanaugh | Peter Neufeld and Colin Starger |
| Kalamarides & Lambert | Innocence Project |
| 711 H Street, Suite 450 | Benjamin N. Cardozo School of Law |
| Anchorage, AK 99501 | 100 Fifth Avenue, 3rd Floor |
| | New York, NY 10011 |
| | |
| Nancy Simel, Assistant Attorney General | Mary Pinkel |
| Special Prosecutions and Appeals | Municipality of Anchorage Department of Law |
| 310 K Street, Suite 308 | P.O. Box 1996650 |
| Anchorage, Alaska 99501 | 632 W. 6th Avenue, Suite 730 |
| | Anchorage, Alaska 99519-6650 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

   /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER CONTINUING ORAL ARGUMENT                   *Osborne v. District Attorney's Office, et al.*
Page 2 of 2                                                                                  A03-0118 CV