Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>              Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>              Defendants. | Case No. A03-0118 CV (RBR)<br><br>**AFFIDAVIT OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT** |

STATE OF ALASKA       )
                                 ) §§
THIRD JUDICIAL DISTRICT   )

    1.    I am the attorney of record for William G. Osborne in the above matter.

    2.    I am lead counsel for defendant Security Aviation, Inc., in a trial scheduled to begin on May 15, 2006, in Case No. 3:06-CR-00022-JWS-JDR-2, *United States v. Kane, et al.* That trial is scheduled for 3 weeks (May 15 – June 2, 2006). I would be unable to prepare for and argue Plaintiff's Motion for Summary Judgment presently

scheduled for May 16, 2006 at 9:00 a.m. in the above-captioned matter.

     3.    On April 27, 2006, I spoke with Nancy Simel of the Attorney General's Office. Ms. Simel advised me that she would not oppose this Motion to Continue Oral Argument.

     4.    Ms. Simel stated she would be available on the following dates in June, 2006: June 5, June 6 or June 7, 2006 or June 28, June 29, or June 30, 2006.

     5.    The undersigned is also unavailable June 12 through June 23, 2006.

_____
Robert C. Bundy

SUBSCRIBED AND SWORN to before me this 27th day of April, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 1/20/08

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

CERTIFICATE OF SERVICE

This certifies that on the 27th day of
April, 2006, a copy of the foregoing
document was served on:

| | |
|---|---|
| Randall S. Cavanaugh<br>Kalamarides & Lambert<br>711 H Street, Suite 450<br>Anchorage, AK 99501 | Peter Neufeld and Colin Starger<br>Innocence Project<br>Benjamin N. Cardozo School of Law<br>100 Fifth Avenue, 3rd Floor<br>New York, NY 10003 |
| Nancy Simel, Assistant Attorney General<br>Special Prosecutions and Appeals<br>310 K Street, Suite 308<br>Anchorage, Alaska 99501 | Mary Pinkel<br>Municipality of Anchorage Department of Law<br>P.O. Box 1996650<br>632 W. 6th Avenue, Suite 730<br>Anchorage, Alaska 99519-6650 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

      /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
bundy.robert@dorsey.com
(907) 276-4557

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT IN SUPPORT OF UNOPPOSED
MOTION TO CONTINUE ORAL ARGUMENT
Page 3 of 3

Osborne v. District Attorney's Office, et al.

A03-0118 CV