Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>             Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>             Defendants. | Case No. A03-0118 CV (RRB)<br><br><br>**ORDER CONTINUING ORAL ARGUMENT** |

Upon request of Plaintiff William Osborne to continue the oral argument regarding Defendant's Motion for Summary Judgment presently set for May 16, 2006, at 9 a.m., and that motion being unopposed,

IT IS HEREBY ORDERED that oral argument is rescheduled for June 7, 2006, at 10:00 a.m./p.m.

DATED this 2 day of May, 2006, at Anchorage, Alaska.

By: [signature]
The Honorable Ralph R. Beistline

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER CONTINUING ORAL ARGUMENT
Page 2 of 2

Osborne v. District Attorney's Office, et al.
A03-0118 CV