Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska  99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Defendants Anchorage District Attorney's Office and Parkes

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WILLAM G. OSBORNE,<br><br>        Plaintiff,<br><br>   vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.,<br><br>        Defendants. | Case No. 3:03-cv-00118-RRB<br><br>CROSS-MOTION FOR SUMMARY JUDGMENT |

Come now defendants Anchorage District Attorney's Office and Susan A. Parkes, former District Attorney, in her official capacity, by and through legal counsel, Nancy R. Simel, Assistant Attorney General, and move for summary judgment in favor of defendants.  This motion is supported by the

accompanying memorandum of law and exhibit.

DATED May 17, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/ Nancy R. Simel
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K Street, Suite 308
   Anchorage, Alaska  99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: Nancy_Simel@law.state.ak.us
   Alaska Bar No. 8506080

**Certificate of Service**

I certify that on May 17, 2006, a copy of the foregoing Cross-Motion for Summary Judgment was served electronically on **Robert C. Bundy, Randall S. Cavanaugh, Mary B. Pinkel, Nancy R. Simel** and on **Peter J. Neufeld, Colin Starger both at Benjamin Cardoza School of Law, 100 5th Avenue, 3rd Floor, New York, NY 10011** by regular U.S. mail.

s/ **Nancy R. Simel**