Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska  99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Defendants Anchorage District Attorney's Office and Parkes


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WILLAM G. OSBORNE,<br><br>            Plaintiff,<br><br>    vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.,<br><br>            Defendants. | Case No. 3:03-cv-00118-RRB<br><br><u>PROPOSED ORDER GRANTING CROSS-MOTION FOR SUMMARY JUDGMENT</u> |

For the reasons set forth in the state defendants' cross-motion for summary judgment, Osborne's civil rights complaint is denied.

DATED _____, at Anchorage, Alaska.

_____

United States District Court Judge

**Certificate of Service**

I certify that on May 17, 2006, a copy of the foregoing Proposed Order Granting Cross-Motion for Summary Judgment was served electronically on **Robert C. Bundy, Randall S. Cavanaugh, Mary B. Pinkel, Nancy R. Simel** and on **Peter J. Neufeld, Colin Starger both at Benjamin Cardoza School of Law, 100 5th Avenue, 3rd Floor, New York, NY 10011** by regular U.S. mail.

**s/ Nancy R. Simel**