Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>      Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>      Defendants. | Case No. A03-0118 CV (RRB)<br><br><br><br>MOTION TO PERMIT NON-RESIDENT ATTORNEY TO APPEAR AND PARTICIPATE |

  Pursuant to Local Rule 83.1(d), Colin Starger ("Applicant"), of Benjamin Cardozo School of Law, Innocence Project, 100 Fifth Avenue, 3rd Floor, New York, NY 10011, moves that he be permitted to appear and participate as attorney for Plaintiff in this action. Applicant is a member in good standing of the Bar of the State of New York, is not a member of the Alaska Bar Association, and is not otherwise disqualified from

practicing in the State of Alaska.

Applicant will associate with Robert C. Bundy of Dorsey & Whitney LLP, a member of the Bar of this Court who maintains an office for the practice of law at 1031 West Fourth Avenue, Suite 600, Anchorage, Alaska 99501, as local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

Attached hereto is a certificate of good standing from the Supreme Court of the State of New York.

The Alaska Bar Association has agreed to waive the usual fee as both the undersigned and Colin Starger, through the Innocence Project, are representing Plaintiff on a pro bono basis.

DATED this 23rd day of May, 2006, at Anchorage, Alaska.

           DORSEY & WHITNEY LLP
           Co-Counsel for Plaintiff


           By:    /s/ Robert C. Bundy
               Robert C. Bundy, ABA #7206021
               DORSEY & WHITNEY LLP
               1031 West Fourth Avenue, Suite 600
               Anchorage, AK 99501-5907
               (907) 276-4557
               bundy.robert@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MOTION TO PERMIT NON RESIDENT      *Osborne v. District Attorney's Office, et al.*
ATTORNEY TO APPEAR AND PARTICIPATE

Page 2 of 3      A03-0118 CV

CERTIFICATE OF SERVICE

This certifies that on the 23rd day of May, 2006, a copy of the foregoing document was on:

Randall S. Cavanaugh
Kalamarides & Lambert
711 H Street, Suite 450
Anchorage, AK  99501

Peter Neufeld and Colin Starger
Innocence Project
Benjamin N. Cardozo School of Law
100 Fifth Avenue, 3rd Floor
New York, NY  10011

Nancy Simel, Assistant Attorney General
Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska  99501

Mary Pinkel
Municipality of Anchorage Department of Law
P.O. Box 1996650
632 W. 6th Avenue, Suite 730
Anchorage, Alaska  99519-6650

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

     /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

MOTION TO PERMIT NON RESIDENT
ATTORNEY TO APPEAR AND PARTICIPATE

*Osborne v. District Attorney's Office, et al.*

Page 3 of 3                                                                 A03-0118 CV