

# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Colin Patrick Starger** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **7th** day of **May 2003** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **May 12, 2006**

*James Edward Pelzer*
Clerk