Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>                Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>                Defendants. | Case No. A03-0118 CV (RRB)<br><br><u>ORDER GRANTING<br>MOTION TO PERMIT NON-RESIDENT<br>ATTORNEY TO APPEAR AND<br>PARTICIPATE</u> |

      Upon motion of counsel for Plaintiff, Dorsey & Whitney LLP and applicant Colin Starger of the Innocence Project,

      IT IS HEREBY ORDERED that Colin Starger be permitted to appear and participate as attorney for Plaintiff in this action.

DATED this ___ day of _____, 2006.

By:_____
The Honorable Ralph R. Beistline

CERTIFICATE OF SERVICE

This certifies that on the 23rd day of
May, 2006, a copy of the foregoing
document was on:

| | |
|---|---|
| Randall S. Cavanaugh<br>Kalamarides & Lambert<br>711 H Street, Suite 450<br>Anchorage, AK  99501 | Peter Neufeld and Colin Starger<br>Innocence Project<br>Benjamin N. Cardozo School of Law<br>100 Fifth Avenue, 3rd Floor<br>New York, NY  10011 |
| Nancy Simel, Assistant Attorney General<br>Special Prosecutions and Appeals<br>310 K Street, Suite 308<br>Anchorage, Alaska  99501 | Mary Pinkel<br>Municipality of Anchorage Department of Law<br>P.O. Box 1996650<br>632 W. 6th Avenue, Suite 730<br>Anchorage, Alaska  99519-6650 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

/s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING MOTION TO PERMIT NON
RESIDENT ATTORNEY TO APPEAR AND
PARTICIPATE

*Osborne v. District Attorney's Office, et al.*

Page 2 of 2                                                                                           A03-0118 CV