UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


OSBORNE v. DISTRICT ATTORNEY'S OFFICE, et al.

DATE: May 23, 2006   CASE NO. 3:03-cv-0118-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**GRANTING MOTION TO APPEAR AND PARTICIPATE**

---

     Plaintiff's Motion to Permit Non-Resident Attorney, COLIN STARGER, to Appear and Participate (Docket 109) is hereby **GRANTED**.

M.O. GRANTING MOTION TO APPEAR AND PARTICIPATE