Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,  )<br>  )<br>Plaintiff,  )<br>_____  )<br>v.  )<br>  )<br>DISTRICT ATTORNEY'S OFFICE FOR  )<br>THE THIRD JUDICIAL DISTRICT,  )<br>ANCHORAGE, ALASKA; SUSAN A.  )<br>PARKES, DISTRICT ATTORNEY, in her  )<br>official capacity; ANCHORAGE POLICE  )<br>DEPT., ANCHORAGE, ALASKA; WALT  )<br>MONEGAN, ANCHORAGE POLICE DEPT.  )<br>CHIEF OF POLICE,  )<br>  )<br>Defendants.  )<br>_____  ) | Case No. 3:03-cv-00118-RRB<br><br>NOTICE OF FILING<br>WILLIAM OSBORNE'S<br>AFFIDAVIT FILED IN<br>SUPERIOR COURT |

COMES NOW the Plaintiff, William Osborne, by and through his attorneys,

Randall S. Cavanaugh of KALAMARIDES & LAMBERT, Peter Neufield and David

Menschel of the INNOCENCE PROJECT, and hereby files Mr. Osborne's Affidavit that

was originally filed in Superior Court under Case No. 3AN-S97-0636 CI

DATED this 7th day of June, 2006, at Anchorage, Alaska.

KALAMARIDES & LAMBERT
Attorneys for Plaintiff

By:      /s/ Randall S. Cavanaugh
Randall S. Cavanaugh, ABA #8812215
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point.  I further certify that a true and correct copy of the foregoing was served via **electronic mail** this 7th day of June, 2006, on:

Peter Neufeld and Colin Starger
Innocence Project
Benjamin N. Cardozo School of Law
55 Fifth Avenue, 11th Floor
New York, NY 10003

William Osborne (**mail only**)
Spring Creek Correctional Center
P.O. Box 2109
Seward, AK  99664

Nancy Simel, Asst. Atty General
(Attorney for Susan Parkes and Dist. Atty's Office)
Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK 99501

Mary Pinkel, Asst. Municipal Attorney
(Attorney for Anchorage Police Dept
and Chief Monegan)
Municipality of Anchorage Dept. of Law
P.O. Box 1996650
632 W. 6th Ave., Suite 730
Anchorage, AK 99519-6650

Robert Bundy
Dorsey & Whitney
1031 W. 4th Ave., Suite 600
Anchorage, AK 99501

     /s/ Randall S. Cavanaugh
          Kalamarides & Lambert

William G. Osborne v. District Attorney's Office, et al.
Case No. 3:03-cv-00118-RRB
Page 2
F:\Cases\Osborne\A03-0118-CV\Federal\filing-etc Osborne aff.wpd