IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| WILLIAM OSBORNE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA, ) | |
| ) | |
| Respondent. ) | Case No. 3AN-S97-0636 CI |
| ) | T/V 3AN-93-2339 CR |

### NOTICE OF FILING

| VRA CERTIFICATION |
|---|
| I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court. |

COMES NOW the Petitioner, William Osborne, by and through his counsel, Randall S. Cavanaugh of KALAMARIDES & LAMBERT, and hereby files a copy of Mr. Osborne's affidavit.

DATED this ___ day of January, 2006, at Anchorage, Alaska.

KALAMARIDES & LAMBERT
Attorneys for Defendant

By: _____
Randall S. Cavanaugh
ABA #8812215

LAW OFFICES OF
Kalamarides & Lambert
711 H STREET, SUITE 450
ANCHORAGE, ALASKA 99501
(907) 276-2135

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via mail[X]/ messenger[ ]/facsimile[ ] /hand delivered[ ] this 19th day of January, 2006, on:

Office of the District Attorney
310 K Street, Suite 520
Anchorage, AK 99501

Peter Neufield and Colin Starger
Innocence Project
Benjamin N. Cardozo School of Law
55 Fifth Avenue, 11th Floor
New York, NY 10003

William Osborne
Spring Creek Correctional Center
P.O. Box 2109
Seward, AK 99664

Kalamarides & Lambert

LAW OFFICES OF
Kalamarides & Lambert
711 H STREET, SUITE 450
ANCHORAGE, ALASKA 99501
(907) 276-2135

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA THRID JUDICIAL
DISTRICT AT ANCHORAGE

```
WILLIAM OSBORNE,      )
        Petitioner,   )
                      )
                      )
v.                    )
                      )
                      )
                      )
STATE OF ALASKA,      )   Case No. 3AN-S97-0636 CI
        Respondent.   )   T/V 3AN-93-2339 CR
```

**AFFIDAVIT OF WILLIAM OSBORNE**

```
STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )
```

William Osborne, being first duly sworn upon oath, deposes and states:

1. I am the defendant in the above-captioned matter.

2. I have always maintained my innocence. I told my attorney I never did the crime I was charged with, specifically sexually assaulting and kidnapping K.G.

3. I asked my trial attorney, Sidney Billingslea, to have the condom material tested futher. She denied my request. I even sought outside help on the issue.

4. Mr.Cavanaugh has tried for years to obtain re-testing on the condom. The State of Alaska has refused to allow the testing. I have spent the majority of my sentence in solitary confinement.

5. I was even shipped to Florence, Arizona. While there, I was assaulted by a gaurd. The assault resulted in a four (4) inch scar on the back of my head in 1999. This is a matter of public record in Florence, Arizona.

6. I was shipped back to Alaska and have spent the majority of my sentence in solitary confinement at Spring Creek Correctional facility.

7. My facility parole officer gave me a parole package when I became eligible for discretionary parole. It is common knowledge amongst inmates that if an inmate does not make a confession to the crimes he's convicted of. The parole board more than likely will not grant him discretionary parole. It is also common knowlegde if an inmate has an attorney present at the parole hearing. That the inmate is viewed as being defensive and not accepting responsibility for his crime. I was not represented by counsel at my parole hearing.

8. My written and oral statements to the parole board was a reiteration of the information presented in numerous documents that are a matter of public record, and for which I was convicted and sentenced to serve 21 years in prison for.

9. I have no doubt whatsoever that re-testing of the condom will prove once and for all time either my guilt or innocence.

10. My life behind bars has been hellish. I said and wrote what I did at my parole hearing with the hope that the parole board might view me favorably and unbiasedly.

11. This motion is brought in good faith and not to harrass or delay this matter.

**FUTHER YOUR AFFIANT SAYETH NAUGHT.**

*/s/ William Osborne*
William Osborne

SUBSCRIBED AND SWORN to before me this 12 day of January 2006, at Seward, Alaska.

Print Name: _____
Notary Public in and for Alaska. My Commission Expires: 10/27/07