Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>                        Plaintiff,<br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>                        Defendants. | Case No. A03-0118 CV<br><br><br><br><br><br><br>**PLAINTIFF'S NOTICE OF ADDITIONAL AUTHORITY** |

      Plaintiff hereby gives notice of additional authority relevant to his summary judgment motion in the above-captioned matter.

      On June 12, 2006, the Supreme Court handed down its decision in *House v. Bell*, 547 U.S. ____ (2006). In *House*, the Court held that certain evidence obtained post-conviction – primarily DNA tests that contradicted forensic evidence introduced by the state at trial – enabled petitioner Paul House to make the "stringent showing" necessary to proceed under the "actual innocence" rule of *Schlup v. Delo*, 513 U.S. 298, 319-322 (1995). Slip. Op. at 1, 20-22, 34. This decision is directly relevant to Mr. Osborne's claim that he has a federal constitutional right to access forensic evidence used to convict

him at trial for the purpose of post-conviction DNA testing.  As in *House*, DNA testing can be done in this case on "the central forensic proof connecting [Osborne] to the crime."  Slip. Op. at 34.  Indeed, the semen evidence in Mr. Osborne's case played a more direct role in the prosecution's case, opening and closing arguments than the admittedly "oblique reference" in *House*.  *Compare* Dissent of Roberts, C.J., Slip. Op. at 14-17.  Even though exculpatory results may not provide a "conclusive exoneration," Slip. Op. at 34, it is enough to create reasonable doubt in the mind of a reasonable juror and produce a more favorable verdict.  *House* thus affirms the proposition that DNA testing that undermines the forensic basis of a conviction is uniquely compelling, and therefore a finding right of access to this evidence for the purpose of DNA testing is appropriate.

DATED this 12th day of June, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Co-Counsel for Plaintiff

By: _____/s/ Robert C. Bundy_____
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

NOTICE OF ADDITIONAL AUTHORITY                           *Osborne v. District Attorney's Office, et al.*
Page 2 of 3                                                                                    A03-0118 CV

CERTIFICATE OF SERVICE

This certifies that on the 12th day of June, 2006, a copy of the foregoing document was on:

| | |
|---|---|
| Randall S. Cavanaugh | Peter Neufeld and Colin Starger |
| Kalamarides & Lambert | Innocence Project |
| 711 H Street, Suite 450 | Benjamin N. Cardozo School of Law |
| Anchorage, AK 99501 | 100 Fifth Avenue, 3rd Floor |
| | New York, NY 10011 |
| | |
| Nancy Simel, Assistant Attorney General | Mary Pinkel |
| Special Prosecutions and Appeals | Municipality of Anchorage Department of Law |
| 310 K Street, Suite 308 | P.O. Box 1996650 |
| Anchorage, Alaska 99501 | 632 W. 6th Avenue, Suite 730 |
| | Anchorage, Alaska 99519-6650 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

/s/ Robert C. Bundy

Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

NOTICE OF ADDITIONAL AUTHORITY          *Osborne v. District Attorney's Office, et al.*
Page 3 of 3                              A03-0118 CV
4811-4624-4097\1  6/12/2006 1:53 PM