## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

   WILLIAM G. OSBORNE    v.    DISTRICT ATTORNEY, et al.

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                       CASE NO.   3:03-CV-0118-RRB

John W. Erickson, Jr.                   DATE: July 3, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                     **RE SUPPLEMENTAL BRIEFING**

---

      Having reviewed the U.S. Supreme Court's Opinion in <u>House v. Bell</u>, 126 S. Ct. 2064 (2006), as well as Plaintiff's Notice of Additional Authority (Docket No. 114), the Court hereby requests supplemental briefing from Defendants regarding the same. Defendants shall have until the close of business on **Tuesday, July 18, 2006**, in which to supplement their briefs, should they desire to do so.