Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT. CHIEF OF POLICE,<br><br>　　　　　Defendants. | Case No. 3:03-cv-00118-RRB<br><br><br>PROPOSED ORDER<br>MOTION FOR<br>PRESERVING EVIDENCE |

**IT IS HEREBY ORDERED** that the State of Alaska shall not perform any testing on the evidence until the protocols have been worked out between the parties for dividing it up for independent testing by the plaintiff.

ENTERED this _____ day of August, 2006, at Anchorage, Alaska.

                                                    Hon. Ralph R. Beistline
                                                    U.S. District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies, pursuant to App. R. 513.5, that the font used in the aforementioned documents was Times New Roman 13 point. I further certify that a true and correct copy of the foregoing was served via **electronic mail or first class mail** this 11th day of August, 2006, on:

Peter Neufeld and Colin Starger  **(first class mail)**
Innocence Project
Benjamin N. Cardozo School of Law
55 Fifth Avenue, 11th Floor
New York, NY 10003

William Osborne **(first class mail)**
Spring Creek Correctional Center
P.O. Box 2109
Seward, AK  99664

Nancy Simel, Asst. Atty General **(electronic mail)**
(Attorney for Susan Parkes and Dist. Atty's Office)
Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK 99501

Mary Pinkel, Asst. Municipal Attorney  **(first class mail)**
(Attorney for Anchorage Police Department
and Chief Monegan)
Municipality of Anchorage Dept. of Law
P.O. Box 1996650
632 W. 6th Ave., Suite 730
Anchorage, AK 99519-6650

Robert Bundy **(electronic mail)**
Dorsey & Whitney
1031 W. 4th Ave., Suite 600
Anchorage, AK 99501

    /s/ Randall S. Cavanaugh
        Kalamarides & Lambert

William G. Osborne v. District Attorney's Office, et al.
Case No. 3:03-cv-00118-RRB
Page 2