Randall S. Cavanaugh
KALAMARIDES & LAMBERT
711 H Street, Suite 450
Anchorage, AK 9951
P: (907) 276-2135
F: (907- 278-8514
E: randall@kalamarides.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT. CHIEF OF POLICE,<br><br>    Defendants. | Case No. 3:03-cv-00118-RRB<br><br>~~PROPOSED~~ ORDER<br>MOTION FOR<br>PRESERVING EVIDENCE |

**IT IS HEREBY ORDERED** that the State of Alaska shall not perform any testing on the evidence until the protocols have been worked out between the parties for dividing it up for independent testing by the plaintiff.

ENTERED this 30 day of August, 2006, at Anchorage, Alaska.

/s/
Hon. Ralph R. Beistline
U.S. District Court Judge