Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>               Plaintiff,<br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>               Defendants. | Case No. A03-0118 CV<br><br><br><br><br><br>**REQUEST FOR ENTRY<br>OF FINAL JUDGMENT** |

   Plaintiff William G. Osborn respectfully requests this Court enter final judgment on this Court's order granting summary judgment to plaintiff dated August 3, 2006, under Fed.R.Civ.P. 58(a).

   DATED this 31st day of August, 2006, at Anchorage, Alaska.

                              DORSEY & WHITNEY LLP
                              Co-Counsel for Plaintiff


                              By:      /s/ Robert C. Bundy
                                 Robert C. Bundy, ABA #7206021
                                 DORSEY & WHITNEY LLP
                                 1031 West Fourth Avenue, Suite 600
                                 Anchorage, AK 99501-5907
                                 (907) 276-4557
                                 bundy.robert@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE

This certifies that on the 31st day of August, 2006, a copy of the foregoing document was on:

| | |
|---|---|
| Randall S. Cavanaugh<br>Kalamarides & Lambert<br>711 H Street, Suite 450<br>Anchorage, AK  99501 | Peter Neufeld and Colin Starger<br>Innocence Project<br>Benjamin N. Cardozo School of Law<br>100 Fifth Avenue, 3rd Floor<br>New York, NY  10011 |
| Nancy Simel, Assistant Attorney General<br>Special Prosecutions and Appeals<br>310 K Street, Suite 308<br>Anchorage, Alaska  99501 | Mary Pinkel<br>Municipality of Anchorage Department of Law<br>P.O. Box 1996650<br>632 W. 6th Avenue, Suite 730<br>Anchorage, Alaska  99519-6650 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

　　　　/s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

REQUEST FOR ENTRY OF FINAL JUDGMENT     *Osborne v. District Attorney's Office, et al.*
Page 2 of 2                                                                                              A03-0118 CV