**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

```
WILLIAM G. OSBOURNE,
        Plaintiff,
                                        Case Number 3:03-cv-00118-RRB
v.

DISTRICT ATTORNEY'S OFFICE
FOR THE THIRD JUDICIAL DISTRICT,
ANCHORAGE, ALASKA; SUSAN A.
PARKES, DISTRICT ATTORNEY, in her
official capacity; ANCHORAGE
POLICE DEPARTMENT, ANCHORAGE,
ALASKA; WALT MONEGAN, ANCHORAGE
POLICE DEPARTMENT
        Defendant.                      JUDGMENT IN A CIVIL CASE
```

 XX   **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT the Plainitff's Motion for Summary Judgment (Docket 76) is hereby GRANTED and that Defendants' Cross Motion for Summary Judgment (Docket 107) is hereby DENIED

APPROVED:

S/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

_____
Date: September 5, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    IDA ROMACK
Ida Romack, Clerk of Court

[303-cv-118-RRB Judgment.wpd]{JMT2.WPT*Rev.3/03}