Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>                     Plaintiff,<br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>                     Defendants. | Case No. A03-0118 CV<br><br><br><br><br><br><br><br>AFFIDAVIT IN SUPPORT OF MOTION FOR ATTORNEYS' FEES |

STATE OF ALASKA         )
                               ) ss.
THIRD JUDICIAL DISTRICT  )

      Robert Bundy of Dorsey & Whitney LLP ("Dorsey") being first duly sworn, does hereby state:

      1.    Dorsey is counsel for plaintiff William G. Osborne ("Osborne").

      2.    This affidavit is being filed in support of Osborne's Motion for Award of Attorney's Fees pursuant to LR 54.3(a)(3).

3. Dorsey spent a total of 141.50 hours in its representation of Osborne.

4. Of that time, 132.3 hours were directly and reasonably incurred in proving an actual violation of Osborne's rights which are protected by a statute (42 U.S.C. § 1983) pursuant to which a fee may be awarded under 42 U.S.C. § 1988.

5. Dorsey incurred an additional $1,090.56 in expenses in conjunction with its representation of Osborne. These are costs that would normally be charged by Dorsey to a fee-paying client.

6. A copy of Dorsey's invoice detailing the requested fees and costs is attached as Exhibit A.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 21st day of September, 2006.

_____
Robert C. Bundy

SUBSCRIBED AND SWORN before me this 21st day of September, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 4-6-2010

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES
Page 2 of 3

Osborne v. District Attorney's Office, et al.
A03-0118 CV

CERTIFICATE OF SERVICE

This certifies that on the 21st day of September, 2006, a copy of the foregoing document was served on:

Randall S. Cavanaugh
Kalamarides & Lambert
711 H Street, Suite 450
Anchorage, AK  99501

Peter Neufeld and Colin Starger
Innocence Project
Benjamin N. Cardozo School of Law
100 Fifth Avenue, 3rd Floor
New York, NY  10011

Nancy Simel, Assistant Attorney General
Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska  99501

Mary Pinkel
Municipality of Anchorage Department of Law
P.O. Box 1996650
632 W. 6th Avenue, Suite 730
Anchorage, Alaska  99519-6650

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

/s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT IN SUPPORT OF MOTION FOR
ATTORNEYS' FEES
Page 3 of 3
4839-6108-8257\1 9/21/2006 11:45 AM

*Osborne v. District Attorney's Office, et al.*
A03-0118 CV

```
PROFORMA STATEMENT AS OF 09/19/06          PROFORMA #                    Page 1 (1)
                                                                         DATE RUN: 09/19/06
BILLING ATTORNEY        03231   John Treptow                             INVOICE NO:
RESPONSIBLE ATTORNEY    02889   Robert C. Bundy

1700053-00005       Pro Bono: Innocence Project
                    William G. Osborne
BILLING INSTRUCTIONS:

CLIENT NAME/ADDRESS                              BILLING ADDRESS              EBILLING COMPANY:
Pro Bono: Innocence Project                      Pro Bono: Innocence Project  EBILLING REF#
                                                                              Trust Account Balance            .00

                                                                              DATE MATTER OPENED:     Dec 17, 2003
                                                                              MATTER RATE CODE:              22
                                                                              ARRANGEMENT:
                                                                              BILL TEMPLATE:         OFFC
                                                                              BILL TEMPLATE:         30100
                                                                              LAST BILL:
MATTER CURRENCY  U.S. DOLLARS       DEPT. 7                                   INVOICE NO:
WIP NOTES:                                                                    TAX EXEMPT ID:
DATE         INDEX #       NOTE DESCRIPTION                                   FEE TAX CODE:   0
                                                                              COST TAX CODE:  0

*********************************************************************************************

*-----TIME ENTRIES-----*
                                            WORK        BILL
INDEX     DATE       TIMEKEEPER    HOURS    VALUE       VALUE   STS  DESCRIPTION

11890665  10/15/03   R. Bundy      2.00     520.00      520.00  NB   Review complaint and pretrial transcript of
                                                                     trial
11890666  10/29/03   R. Bundy      3.50     910.00      910.00  NB   Review pleadings in State v. Osborne and
                                                                     Osborne v. State regarding possible proposal to
                                                                     State Attorney General
11890667  10/30/03   R. Bundy      3.50     910.00      910.00  NB   Research regarding DNA analysis on post
                                                                     conviction relief
11890672  11/19/03   R. Bundy      2.50     650.00      650.00  NB   Review all pleadings in state and federal action
11890675  11/21/03   R. Bundy      2.50     650.00      650.00  NB   Research regarding Humphrey v. Heck issues
11890677  11/24/03   R. Bundy      2.50     650.00      650.00  NB   Continued research regarding DNA statutes
12041949  02/07/04   R. Bundy      2.00     520.00      520.00  NB   Prepare notice of appeal, docketing sheet,
                                                                     representation statement
12041957  02/10/04   R. Bundy      2.50     650.00      650.00  NB   Research regarding notice of appeal; prepare
                                                                     notice of appeal, docket sheet, representation
                                                                     statement; telephone conference with P. Neufeld
                                                                     and R. Cavanaugh regarding same
```

```
PROFORMA STATEMENT AS OF 09/19/06                              PROFORMA #                         Page 2 (2)
BILLING ATTORNEY        03231  John Treptow                                                       DATE RUN:   09/19/06
RESPONSIBLE ATTORNEY    02889  Robert C. Bundy                                                    INVOICE NO:

700053-00005     Pro Bono: Innocence Project
                 William G. Osborne
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12041961 | 02/11/04 | R. Bundy | 2.50 | 650.00 | 650.00 | NB | Telephone conference with J. O'Connell regarding dismissal of State; telephone conference with N. Simel regarding meeting with State; research regarding attorney fees against Municipality in 47 USC 1983 suit |
| 12148643 | 03/08/04 | R. Bundy | 1.20 | 312.00 | 312.00 | NB | Review proposed MOA stipulation; email P. Neufeld, R. Cavanaugh re same |
| 12148652 | 03/10/04 | R. Bundy | .80 | 208.00 | 208.00 | NB | Review state court of appeals appellee's brief |
| 12230949 | 04/06/04 | R. Bundy | 2.20 | 572.00 | 572.00 | NB | Telephone conference with Anchorage Municipal Attorney McConnell regarding possible settlement; research regarding jurisdiction of trial court to approve settlement |
| 12230951 | 04/07/04 | R. Bundy | 2.50 | 650.00 | 650.00 | NB | Participate in 9th Circuit mediation assessment conference call; email C. Starger regarding same; telephone conferences with R. Cavanaugh office regarding same |
| 12230955 | 04/08/04 | R. Bundy | .80 | 208.00 | 208.00 | NB | Telephone conferences with P. Neufeld, A. Lambert regarding potential resolution |
| 12230972 | 04/15/04 | R. Bundy | .50 | 130.00 | 130.00 | NB | Conference call with W. Osborne, P. Neufeld, A. Lambert regarding state's offer |
| 12267813 | 04/26/04 | R. Bundy | .80 | 208.00 | 208.00 | NB | Conference call with P. Neufeld, R. Cavanaugh, and N. Simel regarding response to State's offer |
| 14326349 | 05/13/04 | R. Bundy | 1.80 | 468.00 | 468.00 | NB | Telephone conferences with P. Neufeld, C. Starger, N. Simel and L. Ross regarding 9th Circuit mediation |
| 14452219 | 06/09/04 | R. Bundy | 1.50 | 390.00 | 390.00 | NB | Telephone conference with 9th Circuit mediator, L. Ross, N. Simel and R. Cavanaugh regarding settlement progress; separate telephone conference with L. Ross regarding same |
| 14452244 | 06/28/04 | R. Bundy | .80 | 208.00 | 208.00 | NB | Telephone conference with P. Neufeld, R. Cavanaugh and N. Simel regarding settlement |
| 14452250 | 06/29/04 | R. Bundy | 2.50 | 650.00 | 650.00 | NB | Review offer from Assistant Attorney General Simel; research regarding burden of proof for motion for new trial; email P. Neufeld and R. Cavanaugh regarding same |

```
PROFORMA STATEMENT AS OF 09/19/06                                        PROFORMA #                 Page 3 (3)
BILLING ATTORNEY          03231   John Treptow                                                      DATE RUN: 09/19/06
RESPONSIBLE ATTORNEY      02889   Robert C. Bundy                                                   INVOICE NO:

700053-00005              Pro Bono: Innocence Project
                                   William G. Osborne
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12452254 | 06/30/04 | R. Bundy | 3.20 | 832.00 | 832.00 | NB | Telephone conferences with P. Neufeld and R. Cavanaugh regarding response to State offer; research regarding burden of proof in PCR cases; draft partial response to State offer |
| 12526835 | 07/02/04 | R. Bundy | 1.80 | 468.00 | 468.00 | NB | Conference call with Ninth Circuit Mediator, L. Ross; telephone conference with P. Neufeld and C. Starger regarding response |
| 12534848 | 07/30/04 | R. Bundy | 1.20 | 312.00 | 312.00 | NB | Telephone conferences with C. Starger and R. Cavanaugh regarding mediation; telephone conference; telephone conference with Ninth Circuit mediator, L. Ross, regarding next step |
| 12649445 | 08/05/04 | R. Bundy | 1.40 | 364.00 | 364.00 | NB | Review State counter-offer; research chain of custody issue |
| 12649461 | 08/10/04 | R. Bundy | 2.50 | 650.00 | 650.00 | NB | Participate in Ninth Circuit mediation |
| 12649474 | 08/12/04 | R. Bundy | 2.00 | 520.00 | 520.00 | NB | Telephone conference with C. Starger regarding formal requisites of Ninth Circuit Brief; research regarding same |
| 12649477 | 08/13/04 | R. Bundy | 2.50 | 650.00 | 650.00 | NB | Review and revise draft appellant's opening brief; emails regarding same |
| 12649482 | 08/16/04 | R. Bundy | 1.20 | 312.00 | 312.00 | NB | Telephone conference with J. O'Connell regarding extension of briefing schedule; email L. Ross regarding same; review first draft of brief |
| 12649487 | 08/17/04 | R. Bundy | 1.20 | 312.00 | 312.00 | NB | Letter to Ninth Circuit mediator regarding extension; telephone conferences with N. Simel and J. O'Connell regarding same |
| 12649489 | 08/18/04 | R. Bundy | 1.40 | 364.00 | 364.00 | NB | Telephone conference regarding Ninth Circuit mediations |
| 12649522 | 08/27/04 | R. Bundy | 2.20 | 572.00 | 572.00 | NB | Review and revise draft appellee's opening brief |
| 12746772 | 09/02/04 | R. Bundy | 2.20 | 572.00 | 572.00 | NB | Telephone conferences with C. Starger and R. Cavanaugh regarding 9th Circuit brief; review trial court file for preparation of excerpts of record |
| 12746775 | 09/03/04 | R. Bundy | 1.20 | 312.00 | 312.00 | NB | Compile excerpts of record |

```
PROFORMA STATEMENT AS OF 09/19/06                                    PROFORMA #              Page 4 (4)
BILLING ATTORNEY          03231  John Treptow                                                DATE RUN: 09/19/06
RESPONSIBLE ATTORNEY      02889  Robert C. Bundy                                             INVOICE NO:

700053-00005     Pro Bono: Innocence Project
                 William G. Osborne
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12746781 | 09/07/04 | R. Bundy | 3.50 | 910.00 | 910.00 | NB | Review, compile excerpt of record |
| 12746782 | 09/08/04 | R. Bundy | 2.50 | 650.00 | 650.00 | NB | Revise appellant's opening brief; research regarding Alaska law on post-conviction relief |
| 12746788 | 09/09/04 | R. Bundy | 3.20 | 832.00 | 832.00 | NB | Revise brief; organize excerpt of record; telephone conferences with C. Starger, R. Cavanagh regarding same |
| 12746793 | 09/10/04 | R. Bundy | 3.50 | 910.00 | 910.00 | NB | Edit appellant's opening brief; prepare excerpts of record |
| 12758325 | 09/10/04 | B. Mott | 1.30 | 65.00 | 65.00 | NB | Bates number complaint per request of C. Mock |
| 12746800 | 09/13/04 | R. Bundy | 2.20 | 572.00 | 572.00 | NB | Final edits to appellant's opening brief; telephone conference with J. O'Connell regarding stipulation for dismissal |
| 12746838 | 09/27/04 | R. Bundy | 1.20 | 312.00 | 312.00 | NB | Conference call with 9th Circuit mediator; telephone conference with J. O'Connell regarding stipulation edits; email P. Neufeld regarding same |
| 12914806 | 11/02/04 | R. Bundy | .50 | 130.00 | 130.00 | NB | Finalize stipulation and motion for dismissal of Municipality of Anchorage |
| 12914843 | 11/11/04 | R. Bundy | 2.00 | 520.00 | 520.00 | NB | Review appellee's brief; conference call with C. Starger, P. Neufeld, R. Cavanaugh regarding reply brief |
| 12914866 | 11/29/04 | R. Bundy | 1.20 | 312.00 | 312.00 | NB | Review draft reply brief; email C. Starger regarding suggested changes |
| 12999196 | 12/02/04 | R. Bundy | 2.00 | 520.00 | 520.00 | NB | Review and revise reply brief |
| 12999198 | 12/03/04 | R. Bundy | 2.50 | 650.00 | 650.00 | NB | Revise appellant's reply brief |
| 12999204 | 12/06/04 | R. Bundy | 2.00 | 520.00 | 520.00 | NB | Final revisions to brief; telephone conference with C. Starger regarding Wilkenson case; review Wilkenson case regarding supplemental filing |
| 13406184 | 04/11/05 | R. Bundy | 1.20 | 312.00 | 312.00 | NB | Review, revise appellants Rule 28(j) letters |
| 13406213 | 04/27/05 | R. Bundy | .80 | 208.00 | 208.00 | NB | Email G. Kramer regarding Rule 28(j) letter |

```
PROFORMA STATEMENT AS OF 09/19/06                              PROFORMA #                           Page 5 (5)
BILLING ATTORNEY         03231  John Treptow                                                DATE RUN: 09/19/06
RESPONSIBLE ATTORNEY     02889  Robert C. Bundy                                             INVOICE NO:

700053-00005            Pro Bono: Innocence Project
                        William G. Osborne
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10450108 | 05/05/05 | R. Bundy | .50 | 130.00 | 130.00 | NB | Complete Rule 28(i) letter |
| 13610792 | 07/10/05 | R. Bundy | 3.20 | 832.00 | 832.00 | NB | Prepare for oral argument before 9th Circuit |
| 13610796 | 07/11/05 | R. Bundy | 2.50 | 650.00 | 650.00 | NB | Telephone conference with P. Neufeld regarding issues expected on oral argument; prepare for oral argument |
| 13610804 | 07/13/05 | R. Bundy | 3.20 | 832.00 | 832.00 | NB | Prepare for 9th Circuit oral argument |
| 13610805 | 07/14/05 | R. Bundy | 5.50 | 1,430.00 | 1,430.00 | NB | Prepare for and argue appeal before 9th Circuit; telephone conference with C. Starger regarding same; telephone conference with T. Brandt regarding press inquiry |
| 13748157 | 08/31/05 | R. Bundy | 1.20 | 312.00 | 312.00 | NB | Telephone conference with J. Fayette regarding state litigation; email co-counsel regarding same |
| 14007488 | 11/15/05 | R. Bundy | 1.00 | 275.00 | 275.00 | NB | Telephone conference with C. Starger regarding summary judgment motion; review summary judgment motion; draft summary judgment order, stipulation with Municipality of Anchorage |
| 14233391 | 01/30/06 | R. Bundy | 2.50 | 687.50 | 687.50 | NB | Telephone conference with N. Simel regarding extension of time; draft opposition to motion for extension of time |
| 14233397 | 01/31/06 | R. Bundy | 1.20 | 330.00 | 330.00 | NB | Draft opposition to motion for extension; email P. Neufeld regarding same |
| 14359197 | 03/13/06 | R. Bundy | 2.00 | 550.00 | 550.00 | NB | Review, revise reply brief on summary judgment motion; telephone conference with C. Starger regarding same |
| 14359200 | 03/14/06 | R. Bundy | .40 | 110.00 | 110.00 | NB | Telephone conference with C. Starger regarding California DNA case |
| 14359206 | 03/16/06 | R. Bundy | .40 | 110.00 | 110.00 | NB | Telephone conference with S. Solum (Innocence Project) regarding status of DNA testing |
| 14481991 | 04/26/06 | R. Bundy | .50 | 137.50 | 137.50 | NB | Emails with C. Starger regarding oral argument |
| 14481994 | 04/27/06 | R. Bundy | .80 | 220.00 | 220.00 | NB | Review motion to continue oral argument; telephone conferences with N. Simel, C. Starger regarding same |

```
PROFORMA STATEMENT AS OF 09/19/06                                    Page  6 (6)
BILLING ATTORNEY          03231  John Treptow                    DATE RUN: 09/19/06
RESPONSIBLE ATTORNEY      02889  Robert C. Bundy                 INVOICE NO:

700053-00005              PROFORMA #
                          Pro Bono: Innocence Project
                          William G. Osborne
```

| INDEX | DATE | TIMEKEEPER | HOURS | WORK VALUE | BILL VALUE | STS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10659588 | 06/06/06 | R. Bundy | 6.50 | 1,787.50 | 1,787.50 | NB | Conference with C. Starger regarding preparation for oral argument; prepare for oral argument |
| 10659590 | 06/07/06 | R. Bundy | 5.20 | 1,430.00 | 1,430.00 | NB | Prepare for and argue motion for summary judgment |
| 10659594 | 06/12/06 | R. Bundy | 1.50 | 412.50 | 412.50 | NB | Review House v. Bell regarding additional authority; telephone conferences with C. Starger, R. Cavanaugh regarding same |
| 10876060 | 08/04/06 | R. Bundy | 1.20 | 330.00 | 330.00 | NB | Review District Court Opinion; telephone conferences and emails with R. Cavanaugh, P. Neufeld, S. Toomey |
| 14876085 | 08/30/06 | R. Bundy | .50 | 137.50 | 137.50 | NB | Research and draft request for entry of final judgment |
| 14935067 | 09/08/06 | A. Clendaniel | 2.50 | 400.00 | 400.00 | NB | Research regarding additional attorneys fees N/c |
| 14935075 | 09/12/06 | A. Clendaniel | .10 | 16.00 | 16.00 | NB | Draft email to Innocence Project regarding attorneys fees N/c |
| 14935080 | 09/13/06 | A. Clendaniel | .70 | 112.00 | 112.00 | NB | Draft email to Innocence Project; conference with R. Bundy regarding fees; telephone conference with N. Sihel (leave message) N/c |
| 14935086 | 09/14/06 | A. Clendaniel | .20 | 32.00 | 32.00 | NB | Conference with M. Droege regarding fees motion N/c |
| 14935090 | 09/17/06 | A. Clendaniel | 1.00 | 160.00 | 160.00 | NB | Research attorneys fee motion N/c |
| 14935094 | 09/18/06 | A. Clendaniel | 1.20 | 192.00 | 192.00 | NB | Draft attorneys fee motion; draft email to Innocence Project N/c |
| 14935095 | 09/19/06 | A. Clendaniel | 2.50 | 400.00 | 400.00 | NB | Prepare attorneys fees motion N/c |
| 14934677 | 09/19/06 | M. Droege | 1.00 | 140.00 | 140.00 | NB | Prepare cost bill N/c |

```
                             ---------  ---------
SUBTOTALS          141.50 -   35,932.50  35,932.50
                    9.20
TAX ON FEES                                  .00
                             ---------  ---------
TOTAL              132.30                35,932.50
```

```
PROFORMA STATEMENT AS OF 09/19/06          PROFORMA #                              Page 7 (7)
                                                                                   DATE RUN:  09/19/06
BILLING ATTORNEY      03231  John Treptow
RESPONSIBLE ATTORNEY  02889  Robert C. Bundy                                       INVOICE NO:

700053-00005           Pro Bono: Innocence Project
                       William G. Osborne

*************************************************************************************************
                                                        ORIGINAL    BILL     MATTER
INDEX     DATE   STS  DESCRIPTION                  TAX  VALUE       VALUE    VALUE    CODE  TKPER  VOUCHER   CHECK
*****************--COST ENTRIES--*****************************************************************

17556259 022304 NB  U. S. District Court - Appeal to the   .00   255.00     255.00     255.00   530   08119   855449    984174
                    Ninth Circuit Court of Appeals 02/09/04
10609518 030504 NB  Clerk of the Distric Court - Case No.  .00    69.00      69.00      69.00   530   08119   858339    985571
                    A03-0118 Civil 02/27/04
10280565 121304 NB  Downtown Legal Copies LLC - Cardstock  .00    13.00      13.00      13.00   530   08119   916522   1015473
                    covers 12/06/04
                                                           ---   -------    -------    -------
         TOTAL FOR COST CODE: 530                          .00   337.00     337.00     337.00

10447873 061306 NB  Travel Expense - C. Mock - Car Expense .00    66.75      66.75      66.75   690   08119  1026932   1066067
                    for visiting attorney 06/08/06
                                                           ---   -------    -------    -------
         TOTAL FOR COST CODE: 690                          .00    66.75      66.75      66.75

10615835 031204 NB  Refund of transcript costs             .00    -9.00      -9.00      -9.00   754             03231         .00
                                                           ---   -------    -------    -------
         TOTAL FOR COST CODE: 754                          .00    -9.00      -9.00      -9.00

         Refund of a Payment Dorse                         .00                                        QTY:       26    09/19/06
                                                           .00    48.10      48.10      48.10        QTY:       11    08/30/06
                                                           .00   168.60     168.60     168.60        QTY:       18    08/30/06
                                                           .00     8.58       8.58       8.58        QTY:       41    08/30/06
                                                           .00    27.37      27.37      27.37        QTY:        1    08/30/06
                                                           .00     0.32       0.32       0.32        QTY:        5    08/30/06
                                                           .00    99.64      99.64      99.64        QTY:    1,836    08/30/06
                                                           .00   296.20     296.20     296.20        QTY:        1    09/19/06
                                                           .00    47.00      47.00      47.00        QTY:
                                                           ---   -------    -------    -------
         COST TOTAL:                                       .00  1,090.56   1,090.56   1,090.56

***************************************************************************************************
TIMEKEEPER SUMMARY - FEES
                                           RATE   HOURS    STANDARD                                    LAST TIME
                                                           VALUE                                       ENTRY DATE
002707  Allen F. Clendaniel               160.00    8.20   1,312.00                                    09/19/06
002889  Robert C. Bundy                   260.00   28.30   7,358.00                                    08/30/06
002889  Robert C. Bundy                   275.00   23.70   6,517.50                                    08/30/06
002889  Robert C. Bundy                   260.00   79.00  20,540.00                                    08/30/06
04843   Michele Droege                    140.00    1.00     140.00                                    09/19/06
```

COST CODE: 004  Binding Charges
COST CODE: 006  Messenger Charges
COST CODE: 036  Fax Charges
COST CODE: 054  Long Distance Telephone C
COST CODE: 076  Pacer Service Center Elec
COST CODE: 078  Postage Charges
COST CODE: 084  Photocopy Charges
COST CODE: 090  Taxi Charges

```
PROFORMA STATEMENT AS OF 09/19/06                                            Page 8 (8)
                                                                             DATE RUN:   09/19/06
PROFORMA #                                                                   INVOICE NO:

BILLING ATTORNEY       03231   John Treptow
RESPONSIBLE ATTORNEY   02889   Robert C. Bundy

760053-00005    Pro Bono: Innocence Project
                William G. Osborne
                                                                                            LAST TIME
                                                                                            ENTRY DATE
TIMEKEEPER SUMMARY - FEES                      RATE    HOURS    STANDARD       MATTER
                                                                 VALUE          VALUE
 05601  Bobbie (Left 07/06) Mott              50.00     1.30     65.00          65.00       09/10/04
                                                      ------   --------       --------
TOTAL                                                   1.30     65.00          65.00

TIMEKEEPER SUMMARY - COSTS

 02889  Robert C. Bundy                                                         24.47
 03231  John Treptow                                                            -9.00
 04998  Josh (Left 08/04) Homan                                                  4.60
 05754  Kari L. Tredway                                                          9.00
 07904  Angela M. Black                                                        106.40
 08119  Catherine L. Mock                                                      637.23
 08121  Patricia I.(Left 405 Olmstead                                            1.60
 08141  Tom D. Murtiashaw                                                      114.40
 09036  Miscellaneous                                                             .32
 09253  Anchorage Office Adm                                                   201.54
                                                                             --------
TOTAL                                                                       35,932.50

TOTAL TAXES                                                                       .00

****************************************************************************************
GRAND TOTAL THIS MATTER                                                     37,023.06
****************************************************************************************

WRITE-OFFS:      TOTAL TIME _____            TOTAL COSTS _____

$0 - $3,000            1)                     1)                            1)

$3,001 - $10,000       1)                     2)                            2)

$10,000 +              1)                     2)                            3)

REQUIRED SIGNATURES -- 1=Billing Attorney; 2=Billing Review Partner; 3=Group Head

REASON:  (Please supply explanation below for any write-off over $3,000)
```