The Innocence Project
100 Fifth Avenue, 3rd Floor
New York, NY 10011-6903
212-364-5340

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>               Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>               Defendants. | Case No. A03-0118 CV<br><br><br><br>**Affidavit of Colin Starger** |

1. My Name is Colin Starger and I submit this affidavit in support of application for fees and costs in the above captioned manner.

2. I work as a Staff Attorney at the Innocence Project in New York. The Innocence Project is a non-profit legal organization that represents indigent prisoners in their quest to seek DNA testing. The Innocence Project has

AFFIDAVIT OF COLIN STARGER
Page 1 of 5

Osborne v. District Attorney's Office, et al.
A03-0118 CV

represented William Osborne in his effort to obtain post-conviction DNA testing. We maintain that Mr. Osborne has a federal constitutional right to this testing, and that defendants violated his rights by denying him access to biological evidence used to convict him for the purpose of DNA testing.

3. Within our capacity as a non-profit organization, the Innocence Project never charges its clients fees for legal services rendered. Our work is funded by private individuals, foundations, and Yeshiva University.

4. Because we never charge our clients, we do not as a practice keep track of our "billable" hours. Therefore, I make the following submission for fees based upon a conservative estimate of hours I have worked on those briefs that I have authored during this litigation.

5. I was the primary author of the briefs listed below. My estimated hours are listed after the name and filing date.

> (1) Plaintiff's Response to Motion to Dismiss. (Filed 12/2/03 in District Court).
>
> Hours spent: 10.
>
> (2) Motion of Out-Of-State Attorney to Participate. (Filed 12/11/03 in District Court).
>
> Hours spent: 0.5.
>
> (3) Plaintiff's Objections to Magistrate's Recommendations. (Filed 1/20/04 in District Court).
>
> Hours spent: 10.
>
> (4) Appellant's Opening Brief On Appeal. (Filed 9/14/04 in 9th Circuit).

*Osborne v. District Attorney's Office, et al.*
A03-0118 CV

Hours spent: 15.

(5) Appellant's Reply Brief On Appeal. (Filed 12/6/04 in 9th Circuit).

Hours spent: 8.

(6) Plaintiff's Motion for Summary Judgment. (Filed 11/16/06 in District Court).

Hours spent: 15.

(7) Plaintiff's Reply Memorandum in Support of Motion for Summary Judgment. (Filed 3/13/06 in District Court).

Hours spent: 8.

(8) Plaintiff's Response to Motion to Stay Proceedings. (Filed 3/22/06 in District Court).

Hours spent: 5.

(9) Plaintiff's Response to Defendants' Cross Motion for Summary Judgment. (Filed 6/5/06 in District Court).

Hours spent: 5.

(10) Supplemental Memorandum Addressing House v. Bell. (Filed 7/18/06 in District Court).

Hours spent: 2.

Total Hours Spent:  78.5

6. There have been additional costs associated with my trip to Alaska for the purpose of participating in a summary judgment argument. These costs total $1666.74, and are itemized in attachment A.

I swear that the foregoing
is true and correct,

_____

Colin Starger
9/19/06

The Innocence Project
100 Fifth Avenue, 3rd Floor
New York, NY 10011-6903
212-364-5340

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>     Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>     Defendants. | Case No. A03-0118 CV<br><br><br>**Attachment A to Affidavit of Colin Starger** |

*Osborne v. District Attorney's Office, et al.*
A03-0118 CV

# The Innocence Project, Inc.

100 Fifth Avenue, 3rdFloor • New York City, NY 10011

*Expense Form for Travel & Expense Reimbursement or Vendor Payment*

Upon Completion, send to David Buxbaum, Director-Fin & Ops 212/364-5353

- Requestor: Colin Starger
- Department: Legal
- Address 1: 100 5th Ave
- Address 2:
- City/State/Zip: NY
- Telephone: ext. 5361

## Expense Payment / Reimbursement Authorization

| Line | Date | Dept. | Project | Expense Category | Code | Description of Expense | US$ Amount |
|---|---|---|---|---|---|---|---|
| 1 | 05/30/06 | Legal | Project | Travel/Tickets | 8510L00 | Flight from New York to Anchorage, Alaska for Osborne hearing. | $1,137.92 |
| 2 | 06/05/06 | Ditto | Ditto | Travel/Hotel and Meals | 8530L00 | Hotel room in Anchorage, for two nights. | $414.38 |
| 3 | 06/05/06 | Ditto | Ditto | Travel/Autos and Taxis | 8520L00 | Cab ride in AK | $10.00 |
| 4 | 06/07/06 | Ditto | Ditto | Travel/Autos and Taxis | 8520L00 | Cab ride in AK | $22.00 |
| 5 | 06/08/06 | Ditto | Ditto | Travel/Hotel and Meals | 8530L00 | Snack at airport | $2.44 |
| 6 | 06/07/06 | Ditto | Ditto | Travel/Hotel and Meals | 8530L00 | Food at Snow City Café | $11.25 |
| 7 | 06/07/06 | Ditto | Ditto | Travel/Autos and Taxis | 8520L00 | Cab ride in AK | $20.00 |
| 8 | 06/05/06 | Ditto | Ditto | Travel/Hotel and Meals | 8530L00 | Snack at airport | $3.57 |
| 9 | 06/07/06 | Ditto | Ditto | Travel/Hotel and Meals | 8530L00 | Food at airport | $5.78 |
| 10 | 06/05/06 | Ditto | Ditto | Travel/Autos and Taxis | 8520L00 | Toll to airport | $4.50 |
| 11 | 06/08/06 | Ditto | Ditto | Travel/Autos and Taxis | 8520L00 | Bus to LGA | $12.00 |
| 12 | 06/05/06 | Ditto | Ditto | Travel/Autos and Taxis | 8520L00 | Cab ride | $22.90 |
| 13 | | Ditto | Ditto | Expense Category | NA | | |
| 14 | | Ditto | Ditto | Expense Category | NA | | |
| 15 | | Ditto | Ditto | Expense Category | NA | | |
| 16 | | Ditto | Ditto | Expense Category | NA | | |
| 17 | | Ditto | Ditto | Expense Category | NA | | |
| 18 | | Ditto | Ditto | Expense Category | NA | | |
| 19 | | Ditto | Ditto | Expense Category | NA | | |
| 20 | | Ditto | Ditto | Expense Category | NA | | |
| 21 | | Ditto | Ditto | Expense Category | NA | | |

**Total Expense: $1,666.74**

Less: Reduction for Corporate Charge Card Amounts or Personal Expense Deductions

**Amount Due: $1,666.74**

By signing below, the Requestor certifies that this claim is correct in every particular and is in accordance with Inocence Project's Reimbursement Policies.

*Attach all ORIGINAL receipts to this invoice (canceled checks or credit card statements are not adequate) and a copy of all packing slips, if applicable*

Requestor Signature: [signed]   Date: 6/8/06

Supervisor (dept heads go to M. deLone): [signed Maddy]   Date: 6/12/06

- Check Made Out To: Vendor - Fill in details below & due date
- Send To: Vendor Name: Colin
- Bill Address 1:
- Bill Address 2:
- City State Zip:
- Attention:
- Telephone:

deLone, Maddy — ED (Title)

Payment Due Date: ASAP--will mail check out

Finance Dept Signature:   Date:

06/08/06  6:28 PM

S:\Litigation Department\Expenses\Colin\Alaska Trip_060806.xls\expense

Confirmation html e-mail - e-ticket  Page 1 of 3

**Aja Gair**

| | |
|---|---|
| From: | The Travelocity Team [Member@p21.travelocity.com] |
| Sent: | Tuesday, May 30, 2006 5:21 PM |
| To: | Aja Gair |
| Subject: | [BAYESIAN SPAM] - Travelocity airline confirmation for Anchorage, AK trip - Bayesian Filter detected spam |

 

travelocity

thank you! travel reservation confirmation

**Dear COLIN,**

Thank you for booking your travel through Travelocity!

Your e-tickets are confirmed. Please refer to the Travel Checklist for helpful before-you-go reminders.

One Important friendly reminder: This is an e-ticket, so no paper ticket will be mailed to you.

**Your Itinerary**  This trip information is also available in My Stuff

**Your Confirmation Information:**    **Travel Tools:**
- E-tickets are confirmed with the airline.    • Meal Request    • Lookup Flight Status
- Travelocity Trip ID: 696790807883    • Check for Airport Delays    • Destination Guides
    • Change or cancel this reservation

All times are local to each city

**New York-LaGuardia, NY (LGA) to Anchorage, AK (ANC)**    **Total Travel Time: 10hrs 24min**

Please check in at Northwest Airlines ticket counter.    Change or cancel this reservation

| Mon, Jun 05 | 01:29 PM to 03:22 PM | New York-LaGuardia, NY (LGA) to Minneapolis/St Paul, MN (MSP) 2hrs 53min - nonstop | Northwest Airlines Flight 1043 Airbus Jet- Economy |

>Extras
Requested Seats 19A

**Stop - Change planes in Minneapolis/St Paul, MN (MSP)**
Connection Time: 1 hr 53 min

| Mon, Jun 05 | 05:15 PM to 07:53 PM | Minneapolis/St Paul, MN (MSP) to Anchorage, AK (ANC) 5hrs 38min - nonstop | Northwest Airlines Flight 845 Boeing 757 Jet- Economy |

>Extras
Requested Seats Check in at Airport for Seat Assignment.

**Anchorage, AK (ANC) to New York-LaGuardia, NY (LGA)**    **Total Travel Time: 8hrs 59min**

Please check in at Northwest Airlines ticket counter.    Change or cancel this reservation

| Wed, Jun 07 | 09:40 PM to 05:58 AM Arrive next day | Anchorage, AK (ANC) to Minneapolis/St Paul, MN (MSP) 5hrs 18min - nonstop | Northwest Airlines Flight 844 Boeing 757 Jet- Economy |

>Extras
Requested Seats Check in at Airport for Seat Assignment.

6/8/2006

**Stop - Change planes in Minneapolis/St Paul, MN (MSP)**
Connection Time: 1 hr 2 min

| Thu, Jun 08 | 07:00 AM to 10:39 AM | Minneapolis/St Paul, MN (MSP) to New York-LaGuardia, NY (LGA) 2hrs 39min - nonstop | | Northwest Airlines Flight 774 Boeing 757 Jet- Economy |

>Extras
Requested Seats Check in at Airport for Seat Assignment.

### Passenger Information                                                      Back to top

| Passenger Name † | Airline | Frequent Flyer | Ticket Number †† |
|---|---|---|---|
| Colin Starger | | You can add frequent flyer number at the airport. | 0127760841027 |

† Passenger name on the reservation must match your government issued photo ID
†† Ticket number is a number assigned by the airline to your e-ticket

### Complete your travel plans!

• Book a Hotel      • Book a Car        • Book Activities, Shows and Tours

### Travel Checklist                                                           Back to top

- **Printed Itinerary** - As you will not receive a paper ticket, we suggest you print this email to take along with you on your trip.
- **Photo ID** - Every passenger needs a valid government-issued photo ID (such as driver's license or passport.) Name on photo ID must match the passenger name in your reservation.
- **Terminal/gate information** - Check with the airline for updated terminal/gate information the day of your travel. Also please note, you can verify the flight status online.
- **What to expect at the airport** - The airline will issue your boarding pass upon check-in.

### Billing Information - Pricing in U.S. dollars                              Back to top

  Total Airline Charges(includes taxes & fees)    $1,132.92
  Total Travelocity Fees (see details below)      $5.00

  Amount charged to xxxx-xxxx-xxxx-8084           $1,137.92 ✓

**Travelocity fees per ticket include:**
Nonrefundable Service Fee.
**Credit Card Statement Notes**
- Travelocity Fees and airline charges will be shown as separate line items on your credit card statement.
- Your credit card statement may show separate airline charges for each passenger, as listed below:
  - Colin Starger: $1132.92

### Change or Cancellation Policies                                            Back to top
**Change Policies**
- Your ticket is non-refundable.
- If you modify your trip, airlines usually charge a $100 penalty, plus any applicable increase in fare.
- Some tickets do not allow any changes.

Need to change this reservation?  Please call us.

**Cancellation Policies**
- Your ticket is non-refundable.

6/8/2006

- If you cancel, you will not receive any money back.
- You may be eligible to apply part of your ticket price towards future travel (for a limited time, usually a year).
- Airlines usually deduct $100 before determining the amount that can be applied towards future travel.

**Need to cancel this reservation?** Use our <u>online cancel tool</u> to determine your refund.   Cancel

**Customer Care**                                                           Back to top

**Online Support:**
<u>Search or browse our FAQs</u>  |  <u>Send us an email</u>

**Phone Support:**
When calling, please reference: Travelocity Trip ID: 696790807883

   In the US  888-872-8356 (888-Travelocity)      Outside the USA (1)-210-521-5871
   en Espanol  (7am- 11pm CST) 866-828-3933       TDD/Hearing Impaired 800-555-7585

   Everything about your booking will be RIGHT,
or we'll work with our partners to make it right, right away. <u>Learn more</u>

**...and Don't Forget**

   

6/8/2006

06/07/06  2:54 AM                                                                                     NV 2.1 SP3

*Line #2* (handwritten)



**EXTENDEDSTAY DELUXE"**

**ESD Anchorage - Downtown**
**108 East 8th Avenue**
**Anchorage, AK 99501**
**907-868-1605**
**Property ID: 9857**

Folio # 13664
Starger, Colin
476 Waverten Ave. #2
BROOKLYN, NY 11238
Company: Leisure

Room: 134
Arrival: 6/5/2006
Departure: 6/7/2006

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 12005 | 6/5/2006 | MASTER CARD | $0.00 | $414.38 | ($414.38) |
| 12040 | 6/5/2006 | Rm: 134 LV1 - Rack | $184.99 | $0.00 | ($229.39) |
| 12041 | 6/5/2006 | CITY ROOM TAX | $22.20 | $0.00 | ($207.19) |
| 12332 | 6/6/2006 | Rm: 134 LV1 - Rack | $184.99 | $0.00 | ($22.20) |
| 12333 | 6/6/2006 | CITY ROOM TAX | $22.20 | $0.00 | $0.00 |
|  |  |  |  | **Balance:** | **$0.00** |

Method of Pay: Credit Card

Signature: _____

**Folio Summary**

| | |
|---|---|
| Previous Balance: | $0.00 |
| Room Charges: | $369.98 |
| Other Charges/Credits: | $0.00 |
| Phone Charges: | $0.00 |
| Tax: | $44.40 |
| Less Payments: | $414.38 |
| Total Amount Due: | $0.00 |

THANK YOU
WE APPRECIATE YOUR BUSINESS

(Line #3)



(Line #4)



(Line #5)

Meal 6/8/06

HMSHost RVC #8
GATE 40 ENB CONCO
MSP AIRPORT

1378 Almaz

9279 JUN08'06 6:21AM

1 JUICE          2.29
  Cash           2.50

Subtotal         2.29
Tax              0.15
Amt Paid         2.44 ✓
Change Due       0.06

THANK YOU

Meal 6/7/06

SNOW CITY CAFE
ANCHORAGE, AK

104 AISLINN        (Line #6)

Tbl 5 1      Chk 8512      Gst 1
         Jun07'06 11:19AM

1 JOE'S SPECIAL            9.50
1 COFFEE                   1.75

                          11.25

PLEASE PAY
SERVER
THANK YOU COME AGAIN

(Line #7)

**Anchorage Yellow Cab    272-2422**
☒ Cash  ☐ Check_____
**PASSENGER'S RECEIPT, TAXICAB FARE**
Date: 6/7/06
To: Avpurt (Andrus)
From: _____
Total............$ 20.00 ✓
Driver's Name _____
Cab Number   163

Meal 6/5/06  *line #8*

HMSHOST
NATHAN'S
LAGUARDIA AIRPORT

4148 MILAGROS
-----------------------
CHK 9594 JUN05'06 12:55PM
-----------------------

 1 CHILI DOG            3.29

  Subtotal              3.29
  Tax                   0.28
  Amt Paid              **3.57**
  Cash                  3.60
  Change Due            0.03

Meal 6/7/06  *line #9*

HMS   RGER KING STORE #11673
      AGE INT'L AIRPORT
      ANCHORAGE, ALASKA

4766 Chrystle
-----------------------
CHK 6271 JUN07'06  9:02PM
-----------------------

 1 Whopper              3.49
 1 REG Fries            2.29

  Subtotal              5.78
  Amt Paid              **5.78**
  Cash                 10.08
  Change Due            4.30

Your order number is 6271

*line #10*

Toll to airport (LaGuard.)

MTA BRIDGES AND TUNNELS
QUEENS MIDTOWN TUNNEL

COL PT   DATE    TIME  OPER. ID   AMOUNT
 06    06/05/06  11:27  02126     **$04.50**

*line #11*

Bus F/LaGuarda
RECEIPT  6/8/06

New York
Airport Service
15 2nd Ave, Brooklyn, NY 11215
TEL# 718-875-8200

06/08/06 11:28AM
Agent: 2023 Term: 507
Ticket#: 8DV468

Adults: 1 - AFK: 0
LGA to GCT

FARE US$
**12.00**
NON-REFUNDABLE

=================================

*line #12*

NEW YORK
DATE  JUN-05-2006
ST. TIME  11:13AM
END TIME  11:43AM
RATE      1
MILES     8.62
FARE $    **22.90**
Contact TLC Dial
          3-1-1

cab to
LaGuarda
6/5/06