Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Defendants Anchorage District Attorney's Office and Parkes

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>DISTRICT ATTORNEY'S OFFICE )<br>FOR THE THIRD JUDICIAL )<br>DISTRICT, ANCHORAGE, ALASKA;)<br>SUSAN A. PARKES, DISTRICT )<br>ATTORNEY, in her official capacity; )<br>ANCHORAGE POLICE DEPT., )<br>ANCHORAGE, ALASKA; WALT )<br>MONEGAN, ANCHORAGE POLICE )<br>DEPT., )<br>)<br>Respondent. )<br>_____ ) | Case No. 3:03-cv-00118-RRB<br><br>NOTICE OF APPEAL |

      Notice is hereby given that defendants District Attorney's Office for

the Third Judicial District, Anchorage, Alaska, and Susan A. Parkes, former

Anchorage District Attorney, in her official capacity, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment granting summary judgment to William Osborne and denying summary judgment to the Anchorage District Attorney's Office and Susan A. Parkes in her official capacity, entered in this action on the 5th day of September, 2006. [Doc. 121]

DATED October 5, 2006, at Anchorage, Alaska.

>
> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> s/ Nancy R. Simel
>     Assistant Attorney General
>     State of Alaska, Dept. of Law
>     Office of Special Prosecutions
>       and Appeals
>     310 K St., Suite 308
>     Anchorage, Alaska 99501
>     Telephone: (907) 269-6250
>     Facsimile: (907) 269-6270
>     e-mail: Nancy_Simel@law.state.ak.us
>     Alaska Bar. No. (8506080)

**Certificate of Service**

I certify that on October 5, 2006, a copy of the foregoing Notice of Appeal was served electronically on Robert C. Bundy, Randall S. Cavanaugh, Mary B. Pinkel and on Peter Neufeld and Colin Starger, Banjamin Cardoso School of Law, Innocence Project, 100 Fifth Avenue, 3rd floor, New York, NY 10011 by regular U.S. mail.

s/ **Nancy R. Simel**

William G. Osborne v District Attorney's Office, 3:03-cv-00118-RRB
Page 2