Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

Co-Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| WILLIAM G. OSBORNE,<br><br>                Plaintiff,<br><br>vs.<br><br>DISTRICT ATTORNEY'S OFFICE FOR THE THIRD JUDICIAL DISTRICT, ANCHORAGE, ALASKA; SUSAN A. PARKES, DISTRICT ATTORNEY, in her official capacity; ANCHORAGE POLICE DEPT., ANCHORAGE, ALASKA; WALT MONEGAN, ANCHORAGE POLICE DEPT.<br><br>                Defendants. | Case No. A03-0118 CV<br><br><br><br><br><br>**ORDER APPROVING<br>MOTION FOR ATTORNEYS' FEES** |

This Court, having considered Plaintiff William G. Osborne's ("Osborne"), Motion for Attorneys' Fees from Defendant, District Attorney's Office for the Third Judicial District, Anchorage, Alaska, Susan A. Parkes, District Attorney, in her official capacity ("the District Attorney") pursuant to Fed. R. Civ. Proc. 54(d)(2) and 42 U.S.C. § 1988, and finding good cause appearing,

IT IS HEREBY ORDERED,

Osborne is awarded attorneys fees in the amount of $31,847.70 against the District Attorney, which amount includes out-of-pocket expenses of $2,757.30.

DATED this 16 day of October, 2006, at Anchorage, Alaska

/s/ RALPH R BEISTLINE
U.S. District Court Judge

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER APPROVING MOTION FOR ATTORNEYS' FEES
Page 2 of 2
4845-7332-5569\1 9/21/2006 2:34 PM

Osborne v. District Attorney's Office, et al.
A03-0118 CV