UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

WILLIAM G. OSBOURNE,
    Plaintiff,

v.

                                Case Number 3:03-cv-00118-RRB

DISTRICT ATTORNEY'S OFFICE
FOR THE THIRD JUDICIAL DISTRICT,
ANCHORAGE, ALASKA; SUSAN A.
PARKES, DISTRICT ATTORNEY, in her
official capacity; ANCHORAGE
POLICE DEPARTMENT, ANCHORAGE,
ALASKA; WALT MONEGAN, ANCHORAGE
POLICE DEPARTMENT
    Defendant.                    **JUDGMENT IN A CIVIL CASE**

  XX  **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the Plaintiff's Motion for Summary Judgment (Docket 76) is hereby GRANTED and that Defendants' Cross Motion for Summary Judgment (Docket 107) is hereby DENIED
Attorneys' Fees in the amount of $31,847.70 awarded at docket 129  10/16/2006.

APPROVED:

S/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

_____
Date: September 5, 2006

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    IDA ROMACK
    Ida Romack, Clerk of Court

[303-cv-118-RRB Judgment.wpd]{JMT2.WPT*Rev.3/03}