**RECEIVED**

NOV 0 3 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATE COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

06-35875

**CASE INFORMATION:**
Short Case Title: Osborne v District Attorneys Office for the Third Judicial District et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Ralph R. Beistline-3:03cv-00118
Date Complaint/Indictment/Petition Filed: complaint 06-03-03 Dkt # 1
Date Appealed Order/Judgment *entered*: Judgment -9-05-06 (dkt #121)
Date NOA *filed*: 10/05/06 (dkt #26)
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Elisa Singleton, Robin Carter

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: yes (receipt #00129045)    Date Docket Fee billed: __
Date FP granted: __                              Date FP denied: __
Is FP pending? __yes/no                          Was FP Limited/Revoked?
US Government Appeal?  __yes/no
Companion Cases?  Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
Nancy R. Simel                        Randall S. Cavanaugh (Plf)
Assistant Attorney General            Kalamarides & Lambert Incorporated
Office Special Prosecutions           711 H. Street, Suite 450
310 K Street, Suite 308               Anchorage, AK. 99501

**See Attached Sheet for other Counsel**

__retained    __CJA    __FPD    __FPD    __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __         9th Circuit Docket Number: __

Name and phone number of person completing this form: Shari Fuhrer
677-6130