UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
NOV 0 2 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| WILLIAM G. OSBORNE, | No. 06-35875 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CV-03-00118-RRB |
| v. | District of Alaska, Anchorage |
| DISTRICT ATTORNEYS OFFICE FOR THE THIRD JUDICIAL DISTRICT; et al., | ORDER |
| Defendants - Appellants. | |

RECEIVED
NOV 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The appellant's motion for an extension of time to file the transcript designation is granted. The appellant shall designate the transcript by December 1, 2006. The transcript is due January 2, 2007. The opening brief is due February 12, 2007. The answering brief is due March 14, 2007. The optional reply brief is due 14 days after the service of the answering brief. Appellant shall provide a copy of this order to the court reporter(s) along with the designation.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

Pro 10.30