# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

WILLIAM G. OSBORNE

    PLAINTIFF/APPELLEE

v.

DISTRICT ATTORNEYS OFFICE
FOR THE 3RD JUDICIAL DISTRICT

    DEFENDANT/APPELLANT

Court of Appeals
Docket No. 06-35875

Docket Number (s) of Court of
Appeals Companion and/or cross
appeals (if known).

District Court
Docket Number. 3:03-cv-00118-RRB

## CERTIFICATE OF RECORD

    This certificate is submitted in conformance with Rule 11-2 of the local rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcripts (if any) and the trial court clerk record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

    The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

    Appeals in habeas corpus and 28 USC 2255 motions to Vacate Sentence Case are treated as civil appeals in the Court of Appeals.

Transcript Dates:  Motion Hearing     06/07/2006

Copy of Certificate of Record filed in U.S. District Court Date:12/21/2006

                        IDA ROMACK
                        Clerk U.S. District Court
                        for the District of Alaska.


                        by:  s/Carolyn Bollman
                        Deputy Clerk

{Certif.app Rev. 4/03}